UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TRADITIONAL MEDICINALS INC,**

    Plaintiff,

v.

**NOVARTIS CONSUMER PRODUCTS**

    Defendants.

No. C **07-02457** (EDL)

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: May 8, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge