1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  pharvey@harveysiskind.com
   SETH I APPEL (SBN 233421)
3  sappel@harveysiskind.com
4  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
5  Telephone:     (415) 354-0100
   Facsimile:      (415) 391-7124
6
7  DEBEVOISE & PLIMPTON LLP
   DAVID H. BERNSTEIN (*pro hac vice pending*)
8  dhbernstein@debevoise.com
   BRUCE P. KELLER (*pro hac vice pending*)
9  bpkeller@debevoise.com
   Michael R. Potenza (*pro hac vice pending*)
10 mpotenza@debevoise.com
   875 Third Avenue
11 New York, New York 10022
12 Telephone:     (212) 909-6000
   Facsimile:      (212) 909-6836
13
14 Attorneys for Defendant
   NOVARTIS CONSUMER HEALTH, INC.

15               **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17                      **OAKLAND DIVISION**

18

19 TRADITIONAL MEDICINALS, INC., a        Case No.:   C 07-2457 SBA
   Delaware corporation,
20
                Plaintiff,               **NOTICE OF APPEARANCE**
21
22 vs.

23 NOVARTIS CONSUMER PRODUCTS, INC.,
   NOVARTIS AG, a corporation of Switzerland,
24 and DOES 1-10, inclusive,

25               Defendants

26

27

28                                      -1-
   NOTICE OF APPEARANCE                              CASE NO. C 07-2457 SBA

1    Harvey Siskind LLP, by D. Peter Harvey and Seth I. Appel, hereby appear on behalf of

2  Defendant Novartis Consumer Health, Inc., erroneously named herein as Novartis Consumer

3  Products, Inc.

4  Dated:  May 18, 2007                    Respectfully submitted,

5                                          HARVEY SISKIND LLP

6                                          By: _____/s/_____
                                                      Seth I. Appel
7

8                                          Attorneys for Defendant,
                                           NOVARTIS CONSUMER HEALTH, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                                     CASE NO. C 07-2457 SBA