```
 1 | HARVEY SISKIND LLP
   | D. PETER HARVEY (SBN 55712)
 2 | pharvey@harveysiskind.com
   | SETH I APPEL (SBN 233421)
 3 | sappel@harveysiskind.com
   | Four Embarcadero Center, 39th Floor
 4 | San Francisco, California 94111
 5 | Telephone:    (415) 354-0100
   | Facsimile:    (415) 391-7124
 6 |
 7 | DEBEVOISE & PLIMPTON LLP
   | DAVID H. BERNSTEIN (pro hac vice pending)
 8 | dhbernstein@debevoise.com
   | BRUCE P. KELLER (pro hac vice pending)
 9 | bpkeller@debevoise.com
   | MICHAEL R. POTENZA (pro hac vice pending)
10 | mpotenza@debevoise.com
   | 919 Third Avenue
11 | New York, New York 10022
12 | Telephone:    (212) 909-6000
   | Facsimile:    (212) 909-6836
13 |
   | Attorneys for Defendant
14 | NOVARTIS CONSUMER HEALTH, INC.
```

FILED
MAY 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TRADITIONAL MEDICINALS, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>NOVARTIS CONSUMER PRODUCTS, INC., NOVARTIS AG, a corporation of Switzerland, and DOES 1-10, inclusive,<br><br>           Defendants | Case No.:  C 07-2457 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL R. POTENZA** *PRO HAC VICE* |

1       Pursuant to Civil L.R. 11-3, Michael R. Potenza, an active member in good standing of the bars of the State of New York and the State of New Jersey and the United States District Court for the Southern District of New York and the United States District Court for the District of New Jersey, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Novartis Consumer Health, Inc. in the above-entitled action.

      In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

D. Peter Harvey  
Harvey Siskind LLP  
4 Embarcadero Center, 39th Floor  
San Francisco, California 94111  
Telephone: (415) 354-0100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-18-07

Michael R. Potenza

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611000787
Cashier ID: lenahac
Transaction Date: 05/25/2007
Payer Name: Harvey Siskind LLP
------------------------------------
PRO HAC VICE
 For: Michael R. Potenza
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 8949
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C07-2457-SBA for Michael R. Potenza


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```