| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. PETER HARVEY (SBN 55712)<br>pharvey@harveysiskind.com |
| 3 | SETH I APPEL (SBN 233421)<br>sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 5 | Telephone:     (415) 354-0100 |
| 6 | Facsimile:     (415) 391-7124 |
| 7 | DEBEVOISE & PLIMPTON LLP |
| 8 | DAVID H. BERNSTEIN (*pro hac vice pending*)<br>dhbernstein@debevoise.com |
| 9 | BRUCE P. KELLER (*pro hac vice pending*)<br>bpkeller@debevoise.com |
| 10 | MICHAEL R. POTENZA (*pro hac vice pending*)<br>mpotenza@debevoise.com |
| 11 | 919 Third Avenue<br>New York, New York 10022 |
| 12 | Telephone:     (212) 909-6000 |
| 13 | Facsimile:     (212) 909-6836 |
| 14 | Attorneys for Defendant<br>NOVARTIS CONSUMER HEALTH, INC. |

FILED
MAY 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TRADITIONAL MEDICINALS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>NOVARTIS CONSUMER PRODUCTS, INC., NOVARTIS AG, a corporation of Switzerland, and DOES 1-10, inclusive,<br><br>            Defendants | Case No.:   C 07-2457 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY DAVID H. BERNSTEIN** *PRO HAC VICE* |

1 | Pursuant to Civil L.R. 11-3, David H. Bernstein, an active member in good standing of the bars of the States of New York and Connecticut, and the United States District Courts for the Southern District of New York, the Eastern District of New York, the Western District of New York, the Northern District of Indiana and the District of Connecticut hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Novartis Consumer Health, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

D. Peter Harvey
Harvey Siskind LLP
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2007

David H. Bernstein

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611000786
Cashier ID: lenahac
Transaction Date: 05/25/2007
Payer Name: Harvey Siskind LLP
------------------------------------
PRO HAC VICE
 For: David H. Bernstein
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 8947
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.