```
HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
pharvey@harveysiskind.com
SETH I APPEL (SBN 233421)
sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:   (415) 354-0100
Facsimile:   (415) 391-7124

DEBEVOISE & PLIMPTON LLP
DAVID H. BERNSTEIN (pro hac vice pending)
dhbernstein@debevoise.com
BRUCE P. KELLER (pro hac vice pending)
bpkeller@debevoise.com
MICHAEL R. POTENZA (pro hac vice pending)
mpotenza@debevoise.com
919 Third Avenue
New York, New York 10022
Telephone:   (212) 909-6000
Facsimile:   (212) 909-6836

Attorneys for Defendant
NOVARTIS CONSUMER HEALTH, INC.
```

FILED
MAY 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
MAY 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TRADITIONAL MEDICINALS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVARTIS CONSUMER PRODUCTS, INC., NOVARTIS AG, a corporation of Switzerland, and DOES 1-10, inclusive,<br><br>Defendants | Case No.:   C 07-2457 SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL R. POTENZA *PRO HAC VICE* |

1 | Michael R. Potenza, an active member in good standing of the bars of the State of New York and the State of New Jersey and the United States District Court for the Southern District of New York and the United States District Court for the District of New Jersey; and whose business address and telephone number are:

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Telephone:   (212) 909-6000
Facsimile:    (212) 909-6836

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Novartis Consumer Health, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____     _____
                                  The Honorable Saundra Brown Armstrong
                                  United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION                    CASE NO. C 07-2457 SBA
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*