| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. PETER HARVEY (SBN 55712) |
|   | pharvey@harveysiskind.com |
| 3 | SETH I APPEL (SBN 233421) |
|   | sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
|   | San Francisco, California 94111 |
| 5 | Telephone:   (415) 354-0100 |
|   | Facsimile:    (415) 391-7124 |
| 6 | |
| 7 | DEBEVOISE & PLIMPTON LLP |
|   | DAVID H. BERNSTEIN (*pro hac vice pending*) |
| 8 | dhbernstein@debevoise.com |
|   | BRUCE P. KELLER (*pro hac vice pending*) |
| 9 | bpkeller@debevoise.com |
|   | MICHAEL R. POTENZA (*pro hac vice pending*) |
| 10 | mpotenza@debevoise.com |
| 11 | 919 Third Avenue |
|    | New York, New York 10022 |
| 12 | Telephone:   (212) 909-6000 |
|    | Facsimile:    (212) 909-6836 |
| 13 | |
| 14 | Attorneys for Defendant |
|    | NOVARTIS CONSUMER HEALTH, INC. |

FILED
MAY 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
MAY 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| TRADITIONAL MEDICINALS, INC., a Delaware corporation, | | Case No.: C 07-2457 SBA |
| Plaintiff, | | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID H. BERNSTEIN *PRO HAC VICE* |
| vs. | | |
| NOVARTIS CONSUMER PRODUCTS, INC., NOVARTIS AG, a corporation of Switzerland, and DOES 1-10, inclusive, | | |
| Defendants | | |

David H. Bernstein, an active member in good standing of the bars of the States of New York and Connecticut, and the United States District Courts for the Southern District of New York, the Eastern District of New York, the Western District of New York, the Northern District of Indiana and the District of Connecticut; and whose business address and telephone number are:

    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, New York 10022
    Telephone:   (212) 909-6000
    Facsimile:    (212) 909-6836

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Novartis Consumer Health, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5-29-07

                                            The Honorable Saundra Brown Armstrong
                                            United States District Judge

-2-