```
 1  HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
 2  pharvey@harveysiskind.com
    SETH I APPEL (SBN 233421)
 3  sappel@harveysiskind.com
 4  Four Embarcadero Center, 39th Floor
    San Francisco, California 94111
 5  Telephone:   (415) 354-0100
    Facsimile:   (415) 391-7124
 6
 7  DEBEVOISE & PLIMPTON LLP
    DAVID H. BERNSTEIN (pro hac vice pending)
 8  dhbernstein@debevoise.com
    BRUCE P. KELLER (pro hac vice pending)
 9  bpkeller@debevoise.com
    MICHAEL R. POTENZA (pro hac vice pending)
10  mpotenza@debevoise.com
    919 Third Avenue
11  New York, New York 10022
12  Telephone:   (212) 909-6000
    Facsimile:   (212) 909-6836
13
    Attorneys for Defendant
14  NOVARTIS CONSUMER HEALTH, INC.
```

RECEIVED
MAY 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TRADITIONAL MEDICINALS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NOVARTIS CONSUMER PRODUCTS, INC., NOVARTIS AG, a corporation of Switzerland, and DOES 1-10, inclusive,<br><br>　　　　　Defendants | Case No.:   C 07-2457 SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRUCE P. KELLER *PRO HAC VICE* |

---

[PROPOSED] ORDER GRANTING APPLICATION                                                                  CASE NO. C 07-2457 SBA
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1      Bruce P. Keller, an active member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit; and whose business address and telephone number are:

    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, New York 10022
    Telephone:    (212) 909-6000
    Facsimile:    (212) 909-6836

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Novartis Consumer Health, Inc.;

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5-29-07

_____
The Honorable Saundra Brown Armstrong
United States District Judge

-2-

[PROPOSED] ORDER GRANTING APPLICATION                              CASE NO. C 07-2457 SBA
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*