1  MORGAN, LEWIS & BOCKIUS LLP
   ROCHELLE D. ALPERT, State Bar No. 65037
2  LESLIE C. McKNEW, State Bar No. 178413
   SHARON R. SMITH, State Bar No. 221428
3  1 Market Street, Spear Street Tower
   San Francisco, CA 94105
4  Tel: 415.442.1326
   Fax: 415.442.1001
5  E-mail: ralpert@morganlewis.com
           lmcknew@morganlewis.com
6          srsmith@morganlewis.com

7  Attorneys for Plaintiff
   TRADITIONAL MEDICINALS, INC.
8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  **OAKLAND DIVISION**

12

13  TRADITIONAL MEDICINALS, INC., a       Case No. 4:07-CV-02457-SBA
    California corporation,
14                                         **PLAINTIFF'S NOTICE OF MOTION AND**
                    Plaintiff,             **MOTION FOR PRELIMINARY**
15                                         **INJUNCTION**
            vs.
16                                         Date: July 3, 2007
    NOVARTIS CONSUMER PRODUCTS,            Time: 1:00 p.m.
17  INC., a Delaware corporation; NOVARTIS Dept.: 3, Third Floor
    AG, a corporation of Switzerland, and  Judge: Saundra B. Armstrong
18  Does 1-10, inclusive,

19                  Defendants.

20

21      **TO ALL PARTIES AND THEIR ATTORNEYS:**

22      PLEASE TAKE NOTICE that on July 3, 2007, at 1:00 p.m., or as soon thereafter as the

23  matter may be heard in Courtroom 3 on the 3rd Floor of the above-entitled court, the Honorable

24  Saundra B. Armstrong, presiding, Plaintiff Traditional Medicinals, Inc. ("Traditional

25  Medicinals") will, and hereby does, move for a preliminary injunction against Novartis Consumer

26  Health, Inc. ("Novartis"). This motion is based on Novartis' unauthorized use of the recently

27  launched SENNA SMOOTH brand, which is confusingly similar to plaintiff's federally

28  registered, long used and distinctive SMOOTH MOVE® trademark under federal and California

1-SF/7549604.1                              PLAINTIFF'S NOTICE OF MOTION AND
                                            MOTION FOR PRELIM. INJUNCTION
                                            (4 07–CV–02457–SBA)

1  state law.

2      Traditional Medicinals seeks an order enjoining Novartis, its parents, subsidiaries and
3  affiliates, and any other person or entity participating with or acting for, on behalf of, or in
4  concert with Novartis, from wrongfully using and selling a laxative product with a brand that
5  infringes the Traditional Medicinals' incontestable SMOOTH MOVE® mark.  This motion is
6  based on (1) the Complaint filed in this action; (2) this Notice of Motion and Motion (3) the
7  Memorandum of Points and Authorities; (4) the Declaration of Drake Sadler and the exhibits
8  thereto; (5) the Declaration of Sharon Smith and the exhibits thereto; and (6) the accompanying
9  proposed order, all filed concurrently herewith in accordance with Local Rule 65, 7-2, and such
10 other appropriate evidence and argument as the Court may consider in ruling on this Motion.
11 Counsel for Traditional Medicinals has complied with the Court's Standing Order and conferred
12 with Novartis regarding this Motion, but Novartis would not agree to cease production and sale of
13 SENNA SMOOTH laxative products.

14
15
16 Dated: May 29, 2007                    MORGAN, LEWIS & BOCKIUS LLP
                                          ROCHELLE D. ALPERT
                                          LESLIE MCKNEW
17                                        SHARON R. SMITH

18                                        By: _____/s/_____
                                              Rochelle D. Alpert
19                                            Attorneys for Plaintiff
                                              Traditional Medicinals, Inc.
20