1  ROCHELLE D. ALPERT, State Bar No. 65037
   LESLIE C. McKNEW, State Bar No. 178413
2  SHARON R. SMITH, State Bar No. 221428
   MORGAN, LEWIS & BOCKIUS LLP
3  1 Market Street, Spear Street Tower
   SAN FRANCISCO, CA 94105
4  Tel:  415.442.1326
   Fax:  415.442.1001
5  E-mail:  ralpert@morganlewis.com
            lmcknew@morganlewis.com
6           srsmith@morganlewis.com

7
   Attorneys for Plaintiff
8  TRADITIONAL MEDICINALS, INC.

9
                      **UNITED STATES DISTRICT COURT**
10
                      **NORTHERN DISTRICT OF CALIFORNIA**
11
                              **OAKLAND DIVISION**
12

13
   TRADITIONAL MEDICINALS, INC., a          Case No. 4:07-CV-02457-SBA
14 California corporation,
                                            **DECLARATION OF SHARON R. SMITH**
15              Plaintiff,                  **IN SUPPORT OF PLAINTIFF'S MOTION**
                                            **FOR PRELIMINARY INJUNCTION**
16              vs.
                                            Date:  July 3, 2007
17 NOVARTIS CONSUMER PRODUCTS,              Time:  1:00 p.m.
   INC., a Delaware corporation; NOVARTIS   Courtroom:  3, Third Floor
18 AG, a corporation of Switzerland, and    Judge:  Saundra B. Armstrong
   Does 1-10, inclusive,
19
                Defendants.
20

21
        I, Sharon R. Smith, declare as follows:
22
        1.      I am an associate with Morgan, Lewis & Bockius, LLP and one of the counsel of
23
   record for Traditional Medicinals, Inc. ("Traditional Medicinals"). I have personal knowledge of
24
   the matters set forth herein and can testify to them competently if called upon to do so.
25
        2.      Attached hereto as Exhibit 1 is a true and correct copy of the intent-to-use
26
   application for the SENNA SMOOTH designation, Application No. 78/974,410, filed on
27
   September 14, 2006 by Novartis AG, for "laxatives" that I obtained from the web site of the
28

1-SF/7552733.1                              DECLARATION OF SHARON R. SMITH
                                                     (4:07-CV-02457-SBA)

1  United States Patent and Trademark ("USPTO") office. The application identifies that it was
2  signed and filed by "Mary F. Leheny, Head Global Trademarks Consumer Health" with an
3  address in New Jersey. Based on the USPTO record, the application as initially filed had no
4  disclaimer of any terms.

5      3.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of an Examiner's
6  Amendment issued in the Novartis AG's intent-to-use application for the SENNA SMOOTH
7  designation that I obtained from the USPTO web site. On its face, that amendment appears to
8  confirm a communication between the Examining Attorney and "Mary F. Leheny, Novartis,
9  Corporate Intellectual Property" accepting a disclaimer that "No claim is made to the exclusive
10 right to use 'SENNA' apart from the mark as shown." Based on the USPTO records for this
11 application, no other disclaimer was entered by the Examining Attorney or requested by Novartis
12 or its counsel.

13     4.      The USPTO published the intent-to-use application Novartis AG filed for SENNA
14 SMOOTH on February 6, 2007. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the
15 notice of publication that I obtained from the USPTO web site.

16     5.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Traditional Medicinals'
17 Notice of Opposition, dated February 16, 2007, to Novartis AG's application for the SENNA
18 SMOOTH mark (SENNA disclaimed), Application No. 78/974,410 that I obtained from the
19 USPTO web site.

20     6.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Novartis AG's Answer to
21 Traditional Medicinals' Notice of Opposition, dated March 13, 2007 that I obtained from the
22 USPTO web site.

23     7.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of correspondence sent to
24 Novartis on behalf of Traditional Medicinals from Morgan Lewis on May 8, 2007, enclosing a
25 courtesy copy of the complaint filed in this action.

26     8.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of correspondence in
27 response to Traditional Medicinals' letter of May 8, from Novartis' counsel on May 15, 2007,
28 which was received by Morgan Lewis.

1  9. A response to the Novartis letter was sent on behalf of Traditional Medicinals on May 18, 2007 from Morgan Lewis, a true and correct copy of which is attached hereto as Exhibit 8.

10. On May 18, 2007, Rochelle Alpert of Morgan Lewis spoke with counsel for Novartis Consumer Health, Inc., who advised us that he would accept service of the complaint in this matter on behalf of Novartis Consumer Health, Inc., but not on behalf of Novartis. Based on this representation, Morgan Lewis served a copy of the Complaint by hand on Novartis Consumer Health Inc.'s counsel on Monday, May 21, 2007. Attached hereto is Exhibit 9 is a true and correct copy of a letter sent to counsel for Novartis. Subsequently, the parties continued to engage in discussions to attempt to resolve this matter.

11. On May 25, 2007, Morgan Lewis received a further letter from counsel for Novartis. That letter, as requested by counsel, is attached hereto as Exhibit 10.

12. Attached hereto as Exhibit 11 is a true and correct copy of a printout from Drugstore.com site for the results of the search "smooth senna."

13. Attached hereto as Exhibit 12 is a true and correct copy of a printout from the Amazon.com web site offering for sale Traditional Medicinals' SMOOTH MOVE® SENNA product and showing paid advertisements for competitive products. When a user clicks on the paid advertisement for PlanetRx.com, the user is directed to a page that offers for sale Novartis' Ex Lax product.

14. I conducted an online Saegis search of pending or registered trademarks in the United States comprised of or including SMOOTH for laxatives. The only such marks identified by the search were Traditional Medicinals' SMOOTH MOVE® mark and Novartis' pending SENNA SMOOTH trademark. Attached hereto as Exhibit 13 is a true and correct copy of the search report results.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Trademark Trial and Appeal Board's Order sustaining Traditional Medicinals' opposition (No. 91,169,077) to Troy Summerell's application to register the SMOOTHMOVE'S mark (App. No. 78/616,669) for non-medicated skin care products that I obtained from the USPTO web site.

1  16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the Combined Declaration of Use and Incontestability Under Sections 8 & 15 for Registration No. 1,258,223, filed by Traditional Medicinals that I obtained from the USPTO web site.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the Combined Declaration of Use and Incontestability Under Sections 8 & 15 for Registration No. 2,520,275, filed by Traditional Medicinals that I obtained from the USPTO web site.

Executed this 29th day of May, 2007, in San Francisco, California.

                                                                /s/  
                                                          Sharon R. Smith