1  |  16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the Combined Declaration of Use and Incontestability Under Sections 8 & 15 for Registration No. 1,258,223, filed by Traditional Medicinals that I obtained from the USPTO web site.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the Combined Declaration of Use and Incontestability Under Sections 8 & 15 for Registration No. 2,520,275, filed by Traditional Medicinals that I obtained from the USPTO web site.

Executed this 29th day of May, 2007, in San Francisco, California.

*[signature]*
Sharon R. Smith