1  ROCHELLE D. ALPERT, State Bar No. 65037
   LESLIE C. McKNEW, State Bar No.178413
2  SHARON R. SMITH, State Bar No. 221428
   MORGAN, LEWIS & BOCKIUS LLP
3  1 Market Street, Spear Street Tower
   SAN FRANCISCO, CA 94105
4  Tel:  415.442.1326
   Fax:  415.442.1001
5  E-mail:  ralpert@morganlewis.com
            lmcknew@morganlewis.com
6            srsmith@morganlewis.com

7  Attorneys for Plaintiff
   TRADITIONAL MEDICINALS, INC.
8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12

13  TRADITIONAL MEDICINALS, INC., a        Case No. 4:07-CV-02457-SBA
    California corporation,
14                                         **DECLARATION OF DRAKE SADLER IN
                      Plaintiff,           SUPPORT OF TRADITIONAL
15                                         MEDICINALS' MOTION FOR
            vs.                            PRELIMINARY INJUNCTION**
16
    NOVARTIS CONSUMER PRODUCTS,            Date:  July 3, 2007
17  INC., a Delaware corporation; NOVARTIS Time:  1:00 p.m.
    AG, a corporation of Switzerland, and  Courtroom:  3, Third Floor
18  Does 1-10, inclusive,                  Judge:  Saundra B. Armstrong

19                    Defendants.

20

21         I, Drake Sadler, declare as follows:

22         1.     I am the Chief Executive Officer of Traditional Medicinals, Inc. ("Traditional

23  Medicinals"), which is headquartered in Sebastopol, California, and am one of the co-founders of

24  the company.  I have personal knowledge of the matters set forth herein, and if I am called upon

25  to testify about these matters, I could and would testify competently thereto.

26         2.     Since 1974, Traditional Medicinals has been in the business of selling medicinal,

27  herbal products, including medicinal teas, over-the-counter drug products and dietary supplement

28  products, for self care.  I founded Traditional Medicinals with two others in Northern California,

1   where it remains headquartered today.  Over the decades that followed, the company introduced

2   consumers to traditional herbal tea formulas and to the concepts of Traditional Herbal Medicine.

3   The company's first products included SMOOTH MOVE® laxative tea, which over the years has

4   become a mainstream product that can be purchased in supermarkets and drug stores nationwide.

5        3.     Since its initial introduction, the company's business and sophistication has grown

6   and evolved.  Today, we offer a range of self-care herbal products, including herbal teas, over-

7   the-counter drugs and dietary supplements.  Over the last thirty years, Traditional Medicinals,

8   which continues to be a privately held company, has significantly grown to be a recognized and

9   prominent company selling its products nationally and in other countries.

10       4.     On January 5, 1976, Traditional Medicinals began selling its SMOOTH MOVE®

11  product in interstate commerce for a laxative herbal tea.  Over the last three decades, Traditional

12  Medicinals' SMOOTH MOVE® trademark has developed into a recognized identifier of

13  Traditional Medicinals' high-quality products.  Few companies have been widely selling herbal

14  products for over three decades.

15       5.     Traditional Medicinals' SMOOTH MOVE® tea is the best selling tea and laxative

16  product at health and natural food stores according to AC Neilsen's Spins reports.  SMOOTH

17  MOVE® tea is also one of the best selling teas in the grocery channel of trade according to AC

18  Neilsen's IRI reports.  AC Nielsen and IRI reports (used by many consumer goods companies to

19  determine market share) demonstrate the marketplace presence of Traditional Medicinals'

20  SMOOTH MOVE® laxative tea products.  Based on these reports, SMOOTH MOVE® laxative

21  tea outsells the best selling 18 and 24 pill count Ex-Lax products in unit sales in grocery stores.

22  Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a chart derived from IRI data as of

23  October 2006.  Since this report, Smooth Move® laxatives have been placed in additional grocery

24  stores and drug chains, further increasing our nationwide ACV (all commodity value), which in

25  simple terms is a close approximation of the percentage of total stores in which a product or brand

26  is placed.  This data reflects strong sales growth for Smooth Move® laxative products and

27  declining sales and market share for the top four Ex-Lax products listed.  It is my belief that these

28  market conditions served as the motivating force for Novartis' blatant infringement of our

1  Smooth Move® trademark.

2      6.      For Traditional Medicinals, SMOOTH MOVE® laxative tea products are a

3  gateway product.  By this, I mean that SMOOTH MOVE® products are one of Traditional

4  Medicinals' most popular products, and often lead consumers to purchase other of Traditional

5  Medicinals' products.

6      7.      For over three decades, Traditional Medicinals has extensively marketed,

7  advertised, promoted and sold its SMOOTH MOVE® laxative tea in the United States and other

8  countries.  Consumers buy Traditional Medicinals' SMOOTH MOVE® products at online stores

9  and retail stores including grocery, health food, nutrition, gourmet and drug stores across the

10  United States.

11      8.      Consumers can purchase Traditional Medicinals' SMOOTH MOVE® tea in many

12  independent grocery stores and chain natural foods stores, including Whole Foods and Wild Oats,

13  and at approximately 10,000 grocery stores, including Safeway, Kroger and Albertsons stores.

14  SMOOTH MOVE® tea also is available for purchase at drug and pharmacy stores, including Rite

15  Aid and CVS.  Over 20,000 health food, nutrition and vitamin stores sell SMOOTH MOVE®

16  products, including approximately 4,000 General Nutrition Center (GNC) stores.  Consumers can

17  also purchase Traditional Medicinals' SMOOTH MOVE® products at online stores, including

18  Drugstore.com and Amazon.com, through referrals from the Traditional Medicinals website and

19  through referrals from a toll free telephone number.

20      9.      Traditional Medicinals has sold more than 7,000,000 units of SMOOTH MOVE®

21  products, worth more than $30,000,000 in retail sales over the last six years.  In fiscal year 2006

22  alone, Traditional Medicinals' SMOOTH MOVE® products garnered retail sales worth nearly

23  $6.5 million.

24      10.      Traditional Medicinals' SMOOTH MOVE® products have been nationally

25  promoted and featured in both consumer and industry publications.  In this regard, SMOOTH

26  MOVE® products have been advertised and/or featured in Oprah Winfrey's *O Magazine*, the

27  *Natural Foods Merchandiser*, *The Star-Ledger*, *Natural Health*, *Organic Style*, *Environmental*

28  *Nutrition, The Washington Post, The News-Press, Chain Drug Review,  Let's Live* (GNC's

DECLARATION OF DRAKE SADLER
(4:07–CV–02457–SBA)

1    publication), and in retailer publications distributed by *Whole Foods, Wild Oats* and *Safeway*.

2    Attached hereto as <u>Exhibit 2</u> are true and correct copies of a sampling of such references.

3          11.    Traditional Medicinals also sends a promotional newsletter to customers.

4    Attached hereto as <u>Exhibit 3</u> is a true and correct copy of an example of a Traditional Medicinals'

5    newsletter sent to customers. Over the years, Traditional Medicinals has distributed promotional

6    materials inside its product packaging and at retail stores. For example, during 2006, Traditional

7    Medicinals distributed more than 1.5 million coupons along with information about its SMOOTH

8    MOVE® laxative products to consumers. Attached hereto as <u>Exhibit 4</u> are true and correct copies

9    of examples of its coupon inserts.

10         12.    Traditional Medicinals also advertises its products to the trade. Attached hereto as

11   <u>Exhibit 5</u> are true and correct copies of examples of trade advertisements and sell sheets.

12         13.    SMOOTH MOVE® products also have been mentioned on national television

13   programs, such as "Live with Regis and Kathie Lee," and on the Discovery Channel. Most

14   recently, SMOOTH MOVE® appeared in the nationally released movie "Employee of the

15   Month."

16         14.    Traditional Medicinals has spent much time and effort on advertising, marketing

17   and promoting its SMOOTH MOVE® products. In 2006, Traditional Medicinals spent at least

18   $222,000 on such efforts directed *only* to its SMOOTH MOVE® product line.

19         15.    Traditional Medicinals also has promoted its SMOOTH MOVE® products at trade

20   shows, including, by way of example, at the following recent shows: Natural Products Expo East,

21   October 4-7, 2006, with over 23,000 attendees and 13,000 retail buyers; Kosherfest New York

22   City, November 14-15, 2006, with over 6,000 retail buyers; and Natural Products Expo West,

23   March 9-11, with 47,000 attendees. Trade publications and associations also have recognized

24   Traditional Medicinals' SMOOTH MOVE® brand, including repeatedly awarding Traditional

25   Medicinals the Vitamin Retailer Award for the top selling tea in the natural foods industry for its

26   SMOOTH MOVE® products.

27         16.    Since 1999, Traditional Medicinals has provided information about its products at

28   its "traditionalmedicinals.com" and "tradmed.com" web sites, where it has featured and promoted

1    its SMOOTH MOVE® brand by providing consumers with information about the products, a

2    means of obtaining free samples, a toll free number for inquiries and purchases, a store locator

3    and an online means to purchase products.  Attached hereto as <u>Exhibit 6</u> are true and correct

4    copies of sample pages from Traditional Medicinals' web site.

5           17.    Traditional Medicinals' SMOOTH MOVE® laxative products originally came only

6    in herbal senna tea form, but now can be purchased in capsule form sold as SMOOTH MOVE®

7    SENNA.  SMOOTH MOVE® products now come in differing formulas as well.  Under the

8    SMOOTH MOVE® FIBER brand, self-care laxative products made from organic psyllium husk

9    can be purchased in powder, whole husk and capsule forms.  Traditional Medicinals first

10   introduced these new forms of SMOOTH MOVE® products in 2006.  The entire array of

11   SMOOTH MOVE® products now can be purchased on-line at such sites as Amazon.com,

12   Drugstore.com, as well as at specialty, grocery and drug stores.

13          18.    Typically, SMOOTH MOVE® SENNA capsules sell at a list price of $14.95 for 50

14   capsules, SMOOTH MOVE® FIBER capsules sell at a list price of $17.95 for 180 capsules, and

15   SMOOTH MOVE® tea sells for less than $6 for 16 individually wrapped bags.

16          19.    Traditional Medicinals has earned organic certification as per the provisions of the

17   USDA National Organic Program (NOP) regulations and a quality certification for its ingredients

18   as demonstrated by independent laboratory certification in conformance to Good Manufacturing

19   Practices.  SMOOTH MOVE® tea is the first senna-based laxative to meet strict manufacturing

20   guidelines for Kosher certification.  The California State Senate awarded Traditional Medicinals

21   the Community Approach to Sustainability Award in recognition of its commitment to

22   sustainable environmental business practices.  Further, the State of California Environmental

23   Protection Agency awarded Traditional Medicinals an award for its innovation in waste

24   reduction.

25          20.    Traditional Medicinals owns in the United States and elsewhere trademark

26   registrations for the mark SMOOTH MOVE®.  We have owned United States trademark

27   registrations for our SMOOTH MOVE® trademark since November 22, 1983, for "herbal teas for

28   use as a laxative" (Registration No. 1,258,223), and since December 12, 2001, for "medicinal

1   herbal teas in and herb tea for food purposes" (Registration No. 2,520,275).  True and correct

2   copies of the registration certificates are attached hereto as <u>Exhibits 7</u> and <u>8</u>, respectively.

3   Traditional Medicinals has continuously used the mark covered by the registration certificates and

4   maintained the registrations before the United States Patent & Trademark Office.

5           21.     On February 7, 2006, Traditional Medicinals filed Application No. 78/809,216, for

6   "anti-inflammatories; astringents for medicinal purposes; dietary supplements; hemorrhoid

7   treatment preparations; herbal supplements; nutritional supplements; topical anesthetics;

8   vasoconstrictors."  A true and correct copy of that application and the approval that has issued

9   from the United States Patent & Trademark Office are attached hereto as <u>Exhibit 9</u>.

10          22.     On or about January 2005, Traditional Medicinals launched a significant sales

11  effort to expand the number and types of stores at which consumers could purchase its SMOOTH

12  MOVE® laxative tea products.  To complement its efforts, Traditional Medicinals highlighted its

13  Fair Trade business practices and the natural and organic ingredients as well as the absence of

14  sugar and artificial colors, flavors or sweeteners in its SMOOTH MOVE® products.  In early

15  2006, Traditional Medicinals appointed a national brokerage company to represent certain of the

16  company's SMOOTH MOVE® products to retail chain grocery and drug stores.

17          23.     Starting in 2006, Traditional Medicinals began to sell certain of its SMOOTH

18  MOVE® products in packaging featuring an image of the senna plant in the lower right hand

19  corner, with a three colored background and prominent reference to its organic senna leaf extract.

20

21

22

23

24

25

26

27

28

1-SF/7555522.3                                        6                    DECLARATION OF DRAKE SADLER
                                                                              (4:07–CV–02457–SBA)

24.    The following is Traditional Medicinals' packaging for its SMOOTH MOVE® SENNA product:



25.    Traditional Medicinals became aware of Novartis AG's intent-to-use application for the SENNA SMOOTH trademark (Ser. No. 78/974,410) on or about February 2007, when the application was first published.  Immediately after publication, Traditional Medicinals opposed Novartis AG's application.

26.    On or about late April 2007, Traditional Medicinals became aware that Novartis had launched a SENNA SMOOTH product at stores in the United States, which also sold SMOOTH MOVE® products.  Subsequently, Traditional Medicinals became aware that Novartis' SENNA SMOOTH product could be purchased in stores in the following packaging:



27.    I note that Novartis' product uses a depiction of a senna leaf and flower in the lower right hand corner (similar to Traditional Medicinals' SMOOTH MOVE® SENNA packaging), touts "natural senna" ingredients, displays the word "SMOOTH" as the most prominent element on the packaging and uses a three colored  package background.  I also note that the packaging touts the claim that the product is "NEW!."

DECLARATION OF DRAKE SADLER
(4:07–CV–02457–SBA)

28.     On the front of the packaging, the SENNA SMOOTH product touts the "natural senna ingredient" the product supposedly contains.  On the back, the SENNA SMOOTH packaging states that it uses "Sennosides."  Before Novartis began offering the SENNA SMOOTH product, it sold laxatives containing the very same "Sennosides" ingredient under the Ex-Lax and GENTLE NATURE brands.  These products have long been sold in the marketplace under entirely different packaging, without any "natural" claim, without any depiction of a senna plant and, of course, without the SENNA SMOOTH designation.

29.     A comparison of the ingredients of the Ex-Lax and SENNA SMOOTH products shows that the products contain the same active and inactive ingredients.  Based on my familiarity with Novartis' Ex-Lax and GENTLE NATURE brands, the SENNA SMOOTH formulation appears to be the same as the formulation used for these other Novartis products.

30.     Prior to its adoption of the SENNA SMOOTH designation, Novartis knew about Traditional Medicinals' medicinal herbal teas.  In fact, in 2000, Novartis approached Traditional Medicinals with a proposal for Traditional Medicinals to supply products to Novartis for sale under Novartis' brands.  Traditional Medicinals ultimately determined that it was not interested in Novartis' proposal, but before doing so it did share information about its products with Novartis, including its SMOOTH MOVE® laxative tea products.  Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a ten-year (through 2010) Confidentiality Agreement signed by Novartis and Traditional Medicinals, which provides, in part, that neither party will disclose any confidential information learned during the negotiations commenced by Novartis to consider the purchase of Traditional Medicinals' herbal formulations.  Through these business explorations, Novartis certainly knew of Traditional Medicinals' use of SMOOTH MOVE® as a brand for its herbal laxative tea products.  Yet, at no point during these business explorations did Novartis ever raise any concern about the SMOOTH MOVE® brand improperly invoking, referring to or trading in any way on the Ex-Lax brand or its reputation.  Novartis for that matter did not raise with Traditional Medicinals at any time any objection or concern about the SMOOTH MOVE® brand.

31.     I personally participated in the creation and development of the SMOOTH MOVE® brand over three decades ago.  Traditional Medicinals had no interest then or now in any

DECLARATION OF DRAKE SADLER
(4:07–CV–02457–SBA)

way invoking anything about, or being associated in any way with, the Ex-Lax brand or product.

32.    I am not aware of any other entity that owns a trademark registration including the word "smooth" for a laxative product regardless of form.  I also do not know of any entity that uses the word "smooth" as a brand or trademark for a laxative product.  Metamucil does describe some of its fiber products as having "smooth texture packets," but it does not use the reference as a trademark, but only descriptively of its fiber products' texture.  In all events, the METAMUCIL brand appears in a significantly larger typeface than this descriptive reference to the smooth texture of the product.

33.    Without an injunction, Traditional Medicinals will be harmed.  The strength of the SMOOTH MOVE® brand will be injured and so will its placement at retailers.  Traditional Medicinals also will encounter a more difficult time selling to the marketplace its SMOOTH MOVE® SENNA and SMOOTH MOVE® FIBER products, particularly given the similarity between the brand SMOOTH MOVE® SENNA and SENNA SMOOTH.

34.    Consumers will be confused that the SENNA SMOOTH laxative product is some how related to Traditional Medicinals' SMOOTH MOVE® laxative product, particularly because Traditional Medicinals introduced in 2006 its own capsule senna-based product under the brand SMOOTH MOVE® SENNA and its fiber product based on the psyllium plant under the brand SMOOTH MOVE® FIBER.  Moreover, the Novartis packaging appears similar in design and concept to the SMOOTH MOVE® packaging, particularly with its depiction of the senna leaf plant in the right hand corner, its touting of the "natural senna" ingredient and its three color background.  When you compare the SENNA SMOOTH packaging with the Ex-Lax product packaging in stores, the Ex-Lax packaging differs totally in concept and design from for SENNA SMOOTH and SMOOTH MOVE®.

35.    For over thirty years, Traditional Medicinals has worked to establish its SMOOTH MOVE® brand as a high quality, reputable brand.  Novartis has the size, distribution network and wherewithal to totally overwhelm the marketplace with its marketing, promotion and sale of SENNA SMOOTH products, and it has already begun to do so.  To the extent that Novartis widely distributes and markets the SENNA SMOOTH product, Traditional Medicinals'

SMOOTH MOVE® SENNA product in particular, will be further harmed.  Further, to the extent that Novartis uses and is allowed to register the SENNA SMOOTH brand as an identifier of source, then other entities could use as well confusingly similar brands for laxatives, further weakening and undermining the strength of a brand that Traditional Medicinals has worked for over thirty years to establish as a high quality laxative brand in the marketplace.  Without the court's assistance, Traditional Medicinals will lose the market reputation and goodwill it has worked long and hard to create.  The marketplace, reputation and goodwill for its SMOOTH MOVE® products necessarily has been and will continue to be undermined and diminished by Novartis' confusingly similar SENNA SMOOTH product.

Executed this ____ day of May, 2007, in Sebastopol, California.


_____
/s/
Drake Sadler

DECLARATION OF DRAKE SADLER
(4:07–CV–02457–SBA)