1  SMOOTH MOVE® SENNA product in particular, will be further harmed.  Further, to the extent

2  that Novartis uses and is allowed to register the SENNA SMOOTH brand as an identifier of

3  source, then other entities could use as well confusingly similar brands for laxatives, further

4  weakening and undermining the strength of a brand that Traditional Medicinals has worked for

5  over thirty years to establish as a high quality laxative brand in the marketplace.  Without the

6  court's assistance, Traditional Medicinals will lose the market reputation and goodwill it has

7  worked long and hard to create.  The marketplace, reputation and goodwill for its SMOOTH

8  MOVE® products necessarily has been and will continue to be undermined and diminished by

9  Novartis' confusingly similar SENNA SMOOTH product.

10      Executed this 29th day of May, 2007, in Sebastopol, California.

11

12                                                    _____

13                                                       Drake Sadler

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7555522.3                                       10                         DECLARATION OF DRAKE SADLER
                                                          (4:07-CV-02457-SBA)