# EXHIBIT   1

# Smooth Move #1 Best Selling Laxative in Food

## Units per ACV - IRI 52 weeks end October 2006

| UNIT SORT - 10/18/06 | Universal Prod Code | Form | Type | LATEST 52 WEEKS ENDING 10/07/06 | 52 PRIOR | % growth | ACV | Units/ACV |
|---|---|---|---|---|---|---|---|---|
| EX-LAX CHOC SNSD TB 18 CT | 03006700051B | TABLET | SENNA | 820,383 | 839,945 | -2% | 78 | 10,788 |
| EX-LAX M-R SNA-SNSD PL 24 CT | 030067001624 | PILL | SENNA | 812,990 | 904,722 | -10% | 81 | 10,037 |
| SMOOTH MOVE HRB TEA B 16 CT | 031709913116 | TEA | SENNA | 677,479 | 633,772 | 7% | 38 | 17,776 |
| METAMUCIL CN 100% NTWAFER B 24 CT | 003700074092 | WAFER | FIBER | 464,982 | 528,107 | -12% | 55 | 8,454 |
| METAMUCIL 100% NT CAP B 160 CT | 003700040511 | CAPSULE | FIBER | 369,214 | 384,057 | 4% | 57 | 6,480 |
| CITRUCEL METHY FB CPT B 100 CT | 030768042520 | CAPLET | FIBER | 327,905 | 298,333 | 10% | 58 | 5,654 |
| METAMUCIL O SSF PSFB PW B 23.3OZ | 003700074085 | POWDER | FIBER | 322,384 | 289,745 | 11% | 50 | 6,448 |
| METAMUCIL APL CRS WAFER B 24 CT | 003700074091 | WAFER | FIBER | 320,045 | 412,655 | -22% | 49 | 8,532 |
| METAMUCIL SSF PSFB PW B 15 OZ | 003700074084 | POWDER | FIBER | 314,298 | 297,193 | 6% | 51 | 6,183 |
| EX-LAX UNF SNA-SNSD PL    8 CT | 030067000308 | PILL | SENNA | 311,879 | 367,204 | -15% | 33 | 9,445 |
| BENEFIBER UNF SF GRFR PW B 3.4OZ | 030067004296 | POWDER | FIBER | 307,731 | 399,551 | -23% | 85 | 4,734 |
| METAMUCIL O SM PSFB PW B  30.4OZ | 003700074079 | POWDER | FIBER | 286,367 | 318,890 | -10% | 53 | 5,403 |
| METAMUCIL 100% NT PSFB CAP B 100 CT | 003700040514 | CAPSULE | FIBER | 265,984 | 371,746 | -29% | 57 | 5,017 |
| METAMUCIL O SSF 100% NT PW B 10 OZ | 003700074083 | POWDER | FIBER | 260,270 | 297,505 | -13% | 45 | 5,784 |
| METAMUCIL O SM PSFB PW B 20.3OZ | 003700074078 | POWDER | FIBER | 250,114 | 271,273 | -8% | 46 | 5,437 |
| EX-LAX UNF SNA-SNBD PL    30 CT | 030067000330 | PILL | SENNA | 241,566 | 284,074 | -15% | 49 | 4,990 |
| FIBERCOB CLM-PLV FB CPT B 90 CT | 030005250033 | CAPLET | FIBER | 240,212 | 269,832 | -11% | 53 | 4,532 |
| BENEFIBER O CR FB CB B  36 CT | 030067004736 | CHEWABLE TABLET | FIBER | 203,688 | 264,481 | -20% | 42 | 4,850 |
| BENEFIBER UNF SF GRFR PW B 6 OZ | 030067004218 | POWDER | FIBER | 195,198 | 233,973 | -17% | 50 | 3,903 |
| METAMUCIL 100% NT CAP B 120 CT | 003700048511 | CAPSULE | FIBER | 188,259 | 88,548 | 114% | 42 | 4,506 |
| METAMUCIL O SM 100% NT B 48.2OZ | 003700074134 | POWDER | FIBER | 167,265 | 158,607 | 16% | 35 | 5,202 |
| FBR CHC FRT SF FB CB B    90 CT | 075714500563 | CHEWABLE TABLET | FIBER | 183,015 | 75,372 | 143% | 41 | 4,484 |
| SENOKOT-S LPS DC3 SDM SN-CO 30 CT | 036761931030 | TABLET | SENNA | 182,472 | 150,195 | 21% | 42 | 4,345 |

# EXHIBIT   2



**O**

THE OPR
AGAZI

# THE YOUTH PILL
We're a big step closer

## MEMORY MELTDOWNS
Don't forget to read this!

# GET A LIFE LIFT!
ne search for meaning, onnection, hope
NDING WHAT WORKS FOR YOU

## THE OPRAH INTERVIEW
After a mother's unthinkable tragedy... how she goes on

GUILTY PLEASURES
# 39 GOOD WAYS TO BE A LITTLE BIT BAD

# UNGRY ALL THE TIME?
othe the savage beast (without celery sticks)

MAY 2007

$3.95 US/$5.50 Canada/Foreign

0  74851 08616  2

## Defining Good Taste

Make good meals a treat at the table by pouring on the rich tangy and exotic flavors of San-J's all natural sauces. No matter what sauce you choose San-J makes everyday meals quick, easy and delicious. For recipes and to shop online visit www.san-j.com

## Smooth Move.

Over 100 million North Americans have occasional constipation. For 90 years, many of them have relied on Smooth Move. Available in organic psyllium fiber, herbal teas, capsules and powders, these gentle laxatives are sold in health food and grocery stores, GNC, Whole Foods and pharmacies. For more information visit www.traditionalmedicinals.com



## Delicious and Healthy

Bija Omega Truffles offer all the goodness of organic chocolate plus healthy omega 3 & 6 essential fatty acids. Available in three delicious flavors: Dark, Milk Hazelnut and White Maple. New Udo's DHA Oil Blend is made with omega-3 DHA from aquatic plants instead of fish. It is free of ocean-borne contaminants and concerns regarding global over-fishing. Shop online at

www.florahealth.com/magazine

## Natural Choices for Everyday Living

We are The Healthy Shoppers. Making informed choices about the products we consume is important. We believe using natural and organic products improves our quality of life and helps protect our environment. Many products, like those shown, are preservative-free. Visit our web site to learn more about the benefits of natural and organic products. We are a single source for information on natural health and nutrition, related recipes, and answers to your questions.

www.HealthyShopperUSA.com

## Yoga in a Bottle

Two quick sprays of Rescue Remedy to your tongue can help relieve stress and restore your inner calm. Created by Dr. Bach over 70 years ago and trusted in 56 countries around the world, Rescue Remedy is the calming essential you can do anytime, anywhere. Available at Walgreens and Whole Foods.

www.rescueremedy.com/magazine



## Naturally Effective

Since 1970 Tom's of Maine has been creating safe and effective all natural oral and body care products. From toothpaste, floor deodorant sticks to antibacterial floss, to natural whitening toothpaste, these products contain no artificial ingredients and are not tested on animals. For more information visit www.tomsofmaine.com



## 100% Pure Juice

R.W. Knudsen Family's line of Just Juices: Just Cranberry, and Pomegranate, Just Blueberry, and Just Black Cherry, offer the powerful punch of antioxidants and other wholesome nutrients. Each bottle equals four to eight pounds of original fruit without added sugar and artificial ingredients. Available at health food and grocery stores. www.knudsenjuices.com



Copyright 2005 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2005 Rodale Press, Inc.
Organic Style

September 1, 2005

**SECTION:** Pg. 79 Vol. 5 No. 7 ISSN: 1530-7824

**ACC-NO:** 139607157

**LENGTH:** 2823 words

**HEADLINE:** Your Healthy-Kid Handbook: All Better, Naturally;
Fresh Thinking

**BYLINE:** Bloch, Emily

**BODY:**

Your Healthy-Kid Handbook: All Better, Naturally; Fresh Thinking Organic Style September 1, 2005

Byline: Bloch, Emily

Herbal remedies and alternative treatments that are safe and effective for children.

Joshua Townsend, of Burke, Virginia, was desperate for something to relieve the teething pain of his two-year-old, Haven. "We tried the mainstream gel, and she hated the taste of it," Townsend says. So while shopping at Whole Foods Market, he pounced on another dad who was buying a homeopathic remedy. "He said that for his daughter, this worked the best of anything he'd tried." Fortunately, it did the trick for Haven too.

Most parents don't want to resort to chasing down someone at the store--but how else can you find out whether to use alternative remedies for your children? In a 2002 study of 142 families at Emory Univer-sity School of Medicine, 80 percent of parents who used alternative therapies for their kids relied on friends or relatives for information. Fewer than half discussed the treatments with their doctor.

In the U.S., complementary and alternative medicine for children is growing (estimates of CAM use are as high as 30 percent), but studies on safety and effectiveness are few; most have been done on adults. And because the FDA doesn't evaluate herbal remedies before they hit the market, pedia-tricians are wary of suggesting them for the fragile, developing brains and bodies of kids. "I'm a fan of a natural approach where appropriate, but I'm still very cautious about recommending supple-ments for children," says Russell Greenfield, MD, medical director of Carolinas Integrative Health, in Charlotte, North Carolina, and a coauthor of Healthy Child, Whole Child.

Still, there are some things Greenfield and other experts can recommend or advise against, and they've filled us in on the most promising treatments. Of course, you should consult your pediatri-cian before trying any method for the first time. Remember, just because something is "natural" doesn't mean it's safe. (When purchasing herbal remedies, it's a good idea to check the brands and their safety ratings at consumerlab.com, which offers limited information for free and full-study re-sults for a $24 annual fee.)

Boosting Their Immune System

Most parents have the healthy child basics covered: a daily multivitamin; a balanced, nutritious diet (OK, the vegetables are tough); and making sure their kids get adequate sleep and exercise. All the doctors we spoke with about fish oils and probiotics, however, recommended these supplements for overall health.

Fish oil Remember the daily spoonful of cod liver oil your mother (or grandmother) was given as a child, based on the notion that it was good for growing kids? Well, now we know there's real science behind the practice. Fish oils are rich in essential fatty acids, including omega-3s, so they provide a powerful immune boost, explains SezelleGereau Haddon, MD, an ear, nose, and throat specialist based at the Center for Health and Healing in New York City. Studies have shown that taking fish oil can stave off colds and ear infections in children. "Doctors are now recommending it for depression, heart disease, adhd, asthma a" she says. "I honestly think everybody should be tak-ing it." Make sure to buy a product that indicates it's mercury-free on the label. (Also look for the words pharmaceutical grade and distilled, which mean that the product does not contain mercury or other metals, PCBs, dioxins, or other impurities.)

Probiotics They're the healthy bacteria, such as acidophilus and lactobacillus, found in yogurt. "A balance of bacteria is normally present in our intestines," Greenfield says, "but that milieu can

changefor all sorts of reasons--stress, inadequate diet, and the use of antibiotics. By taking a daily probiotics supplement, we're reintroducing healthful bacteria." Studies have shown that probiotics can prevent or lessen the severity of gastrointestinal viruses (particularly those that cause diarrhea), eczema, food allergies, and asthma; there is even evidence that they may help prevent tooth decay. Both fish oiland probiotics are sold in forms for kids ages six months and older and come with instructions on dosages.

Keeping Colds and Flu at Bay

Colds are usually passed from person to person by touching contaminated objects, including doorknobs or toys. So basic measures, such as making sure your kids wash their hands often, can go far toward lessening the number of sick days at your house. Could an herbal supplement help too?

Echinacea "Although we have a real shortage of data on the use of supplements on children, echinacea is one that has been studied and appears to be safe," Greenfield says. "In liquid form, over a three- to five-day course, it does seem to shorten the duration of a cold. Ifparents are intent on trying something, echinacea is the way to go--but not before age two."

Don't keep your kids on these kinds of supplements all season long, though, Gereau Haddon warns. "That's not the way your immune systemis supposed to work," she says. "It's supposed to be challenged, rise to meet the challenge, and then go back to resting level." (Note: If your child is allergic to ragweed, avoid echinacea altogether--it'sin the same plant family.)

Oscillococcinum Many people swear by this homeopathic preparation when they feel the flu coming on. Homeopathy is safe, say all the doctors we spoke to. But whether it works--and how--are other questions."Homeopathy has been found to be effective for some medical conditions in well-designed studies," says Timothy Culbert, MD, medical director of Integrative Medicine and Cultural Care at Children's Hospitalsand Clinics in Minneapolis and Saint Paul. "But we are not completely certain as to how it works. And that makes doctors nervous."

Homeopathic medicine is based on the idea that "like cures like." So if your symptom is vomiting, you take a preparation that causes vomiting--but the medicine is diluted in water to the power of a billion or more. "The very concept that a remedy so dilute could have a therapeutic effect goes against modern science," says Greenfield. Bottomline: It's safe to try oscillococcinum, but there are no guarantees it will work.

Quieting a Cough

The traditional remedy is cough syrup, but many kids hate the taste. Doctors also have reservations. "If a cough isn't causing your child to lose sleep or appetite, current research suggests that leaving it alone is the best medicine," says Lawrence Rosen, MD, director of Integrative Pediatric Services at Maria Fareri Children's Hospital inValhalla, New York. Cough medicines can have quite a few side effects, he adds, including hyperactivity and heart palpitations. So what else is helpful?

Herbs As a good alternative for children older than six months, Paula Gardiner, MD, a research fellow in Complementary and Integrative Medical Therapies at Harvard Medical School, recommends essential oils or teas made from dried herbs. Choose expectorant herbs, such as thyme, eucalyptus, mint, pine, licorice, and anise, for a cough that's productive (bringing up mucus). To soothe a nonproductive cough, alsotry thyme, as well as slippery elm, peppermint, or lemon balm. To make a tea, put a teaspoon of an herb in a cup of boiling water; for ice pops, let the tea cool, mix 12 cup with a little juice, then freezein ice pop molds. You can add a drop or two of an essential oil to 12

Your Healthy-Kid Handbook: All Better, Naturally; Fresh Thinking Organic Style September 1, 2005

cup of massage oil, and gently rub the mixture into your child's chest and back. Cough drops with slippery elm or licorice will also give some relief. For more information, go to Gardiner's Web site for the Longwood Herbal Task Force (mcphs.edu/MCPHSWeb/herbal).

Easing Kids to Sleep

Getting your child to bed can be a daily struggle--kids can have a hard time settling down. And, of course, they know how to prolong the nightly ritual with calls for one last glass of water or another bedtime story. Try:

Aromatherapy For kids of any age, place a few drops of a good-quality calming essential oil (such as lavender or sweet orange) on a handkerchief, Gereau Haddon suggests. Tie the hankie near your child's bed--but not so close that he can reach it and put it in his mouth, since the oils can be toxic in high doses. You can also put a drop or two into a massage oil, on your child's pillow, or in a diffuser.

Melatonin This is a hormone our bodies produce to regulate our sleep-wake cycle; it is sold as a supplement (purchase only a synthetic kind). "For children older than two, I often recommend taking one-half to three milligrams an hour before bedtime," Rosen says.

Mind-body techniques "We teach parents to use mental imagery with their kids," Culbert says. After a bedtime story, try talking to your child about her favorite place--a beach or any other safe and calm location. Help her focus on her breathing as a way to slow nervous energy.

Eradicating Ear Infections

Pediatricians are treating fewer ear infections with antibiotics. Recent guidelines from the American Academy of Pediatrics say that for kids older than two, doctors should hold off on antibiotics for the first two days while treating the pain. If the child begins to feel better during that time, no antibiotic is needed. This approach, which helps prevent the overuse of antibiotics--and thus the growth of antibiotic-resistant bacteria--is based on the fact that the many ear infections caused by viruses aren't helped by antibiotics; they get better on their own. Only kids who have bacterial ear infections require a prescription. Nothing can replace antibiotics if they're necessary, but below are a few smart prevention and treatment strategies.

Better baby care Get rid of your baby's pacifiers. When he sucks on one, it can create pressure on his eardrums. Also make sure your child is upright when bottle-feeding, so milk doesn't drip into the ear canals, setting up a bacteria-friendly environment.

Fish oil A daily dose can make a difference, because "it influences the immune system to produce cells that help kill off an infection," Gereau Haddon says. "It's also a great anti-inflammatory." In a study of 94 children, ages six months to five years, the half given cod liver oil and a multivitamin daily for six months had fewer doctor visits for upper respiratory infections (including ear infections) during that time than the half who didn't take supplements.

Craniosacral therapy This technique has shown promise with children ages six months and older who get chronic ear infections. It involves a licensed practitioner, often an osteopath, very gently manipulating your child's head, neck, and back to enhance the functioning of the membranes and fluid around the brain and spinal cord. "Ear infections could be a sign of the eustachian tube in the ear needing realignment," Gereau Haddon explains. A recent study at Oklahoma State University found that children with recurrent ear infections who received osteopathic manipulation as well as routine pediatric care had fewer infections and were less likely to need ear tubes than those who re-

ceived just routine care. Go to the Web site of the International Association of Healthcare Practitioners, iahp.com, for referrals to craniosacral therapists.

Handling Asthma

To keep his asthma under control, your child takes his medication every day and stays away from triggers such as dust, pollen, and cat and dog dander. But studies have shown that using mind-body techniques to get your child to relax also can reduce the frequency and severity of asthma attacks. "The anxiety caused by not being able to get a deep breath can make it even more difficult to breathe," Culbert says.

Yoga "We've found yoga to be very beneficial, especially in teaching the sort of deep abdominal breathing we want children with asthma to use," Culbert says. He recommends the YogaKids video series (yogakids.com).

Biofeedback In a 2004 study at the Robert Wood Johnson Medical School in Piscataway, New Jersey, adult patients using biofeedback needed less medication and had fewer symptoms and better lung function. Culbert says that biofeedback is good for kids ages six and older too. Here's how it works: In weekly sessions, biofeedback machines pick upon activity in the body and display it visually on a screen. Patients can then use that information to try to control their physical reactions. For example, an asthmatic child may see a black-and-white picture of a forest on the screen, and as she relaxes, bringing her heartrate and breathing under control, it fills in with color. A biofeedback practitioner teaches her the relaxation exercises, and the child can use these techniques during real-life situations. Sessions may cost from $50 to $200 and are often covered by insurance. To find a certified practitioner, check out the Biofeedback Certification Institute of America's listings at bcia.org.

Relieving Headaches

Migraine headaches often run in families. Food or stressful situations may be triggers, but the cause can be difficult to pinpoint. Andfor kids with chronic or severe migraines, pain medications may not give complete relief, so mind-body relaxation techniques can help here as well.

Acupuncture This Chinese remedy involves a practitioner inserting ultrafine needles into specified points on the skin, releasing endorphins and reducing the perception of pain. In a 2000 study on teenagers with chronic pain problems (some suffered from migraines), 70 percent said that acupuncture definitely helped their pain, and 67 percentfound it a pleasant experience. Acupuncture is appropriate for ages five and up, but if a child is too squeamish, Culbert says, she can first try acupressure, which involves using finger pressure on variouspoints.

Biofeedback More than 20 studies using biofeedback to combat headaches in kids have been published in the past 30 years. And most have shown significant improvement--at least a 50 percent reduction in pain--for the majority of study participants, according to a published review by Kathi Kemper, MD, author of The Holistic Pediatrician. (See "Handling Asthma," page 83, for more information.)

Keeping Skin Healthy

Pimples and acne are tough to deal with, but mild cases can benefit from a holistic approach, Greenfield says. "In addition to hormonalchanges, acne can be a manifestation of stress--which teenagers don't always know how to manage," he explains. It might take some prodding from you or

another influential grown-up, but encourage your teen to try exercise, yoga, or meditation. Other strategies:

Fish oil To decrease inflammation in kids older than age 12, Greenfield recommends a two-month trial of 1,500 to 2,000 milligrams daily of a fish oil supplement containng both EPA and DHA omega-3 fatty acids.

Tea tree oil Try cleansers or creams with tea tree oil, Culbert says. Its anti-bacterial and skin-healing properties work just as well as benzoyl peroxide but cause less dryness and redness. (The herbal preparation does work more slowly, however.) Calendula, an anti-inflammatory herb, is another ingredient to look for.

Dietary changes "Some individuals are more sensitive to dairy and sugar, making them prone to breakouts," Greenfield says. Try eliminating these.

The information in this article is not meant to be comprehensive or to substitute for your own doctor's advice.

How to Find a Savvy Doctor

The number of pediatricians in the United States who have trainingin alternative treatments is growing. The American Academy of Pediatrics has a new Complementary, Holistic, and Integrative Pediatrics section, which will present educational programs and highlight researchin alternative medicine for all its pediatricians. Every year, the Program in Integrative Medicine at the University of Arizona (integrativemedicine.arizona.edu), run by Andrew Weil, MD, certifies 50 healthcare professionals (including pediatricians). The American Holistic Medical Assoc-iation also has a referral page (holisticmedicine.org).But the key is still communication. "It would be great if your child's doctor were someone who considered non-Western and other nature-based methods of healing," says Russell Greenfield, MD. "But having a competent doctor who is respectful of your values and is open to new ideas is the most important thing."

The Herbal Tea Rx

A soothing cup of tea is a safe way to treat many of your child's minor ailments. Use prepared tea bags or a teaspoon of the dried herbin a cup of boiling water.

Symptom Herb For Ages Try

Upset stomach; colic and crankiness in babies Chamomile Six monthsand older Celestial Sea-sonings Organic Chamomile

**Constipation** Senna 1 year and older **Traditional Medicinals Smooth Move**

Sore throat Licorice, slippery elm Three years and older **Traditional Medicinals** Throat Coat

Stomachaches or nausea Ginger Five years and older **Traditional Medicinals** Organic Ginger

Generally unwell Green tea (decaf) Five years and older Choice Organic Teas Decaf Green Tea with Peach

It's Good for You Natural remedies, such as fish oil, can help keep kids healthy.

Feel Better Soon Aromatherapy can help soothe your sick child.

LOAD-DATE: December 13, 2005

Copyright 2005 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

## factıva

(c) 2005 The Star-Ledger. All rights reserved.
The Star-Ledger

August 12, 2005 Friday
FINAL Edition

**SECTION:** TODAY; Pg. 53

**LENGTH:** 2429 words

**HEADLINE:** Big dog on campus - Munch U. crew samples the food college students really eat

**BYLINE:** PETER GENOVESE, STAR-LEDGER STAFF

**BODY:**

Generations of students would concur: Campus eats rank at the very bottom of the food chain. You know what we're talking about. Suspicious-looking beef stroganoff and dubiously dated pudding, cardboard-like pizza and funky french fries. The kind of food endured more than eaten, survived more than savored. But that was then; this, luckily, is now. `That's what I'm talking about!" Edgardo Santiago happily shouted as our six Munchmobile University students quickly polished off trays of chicken and ribs at Eder's in Newark. Santiago and his wife, Maria Galarza, run the hole-in-the-wall takeout joint, where painted reddish-orange flames dart across the window and the seating consists of exactly two tables. Eder's, a short stroll from the University of Medicine and Dentistry of New Jersey, was one of six stops on a Munchmobile mission for good eats on or near college campuses. Forget the chicken tenders and jalapeño poppers; we're after real food here. Keep your No.

2 pencil handy; there may be a quiz later. Blue Moon Diner, South Orange In a town, and world, of chain eateries, the Blue Moon, steps from the South Orange train station and blocks from Seton Hall University, stands out. Black-and-white tile floors, two-tone-blue booths and posters of Marilyn Monroe and other pop culture add to the retro feel. The menu adds a Southern/soul food twist to traditional diner fare; you can order fried whiting and grits, biscuits and molasses, and blackened catfish. Or "just-laid eggs." We can't vouch for that, but the eggs were indeed country-fresh. We went cuckoo over the coconut pancakes; Muncher Joyce Huff called them "delicious." Loved the crispy biscuits and the crunchy homemade granola. The grits, though, were overcooked. "Good nova," Allison Anthony said of the salmon, cream cheese and red onion-featured Lox around the Clock. ""Uneventful" French toast, according to one Muncher. Anthony also liked the meat

Big dog on campus - Munch U. crew samples the food college students really eat The Star-Ledger August 12, 2005
Friday

lover's omelet, with sausage, bacon and ham. The food delivery was a little high and wide; the eggs
came without the steak, and then the steak came well done, not medium rare as ordered. And the
fresh fruit salad was dropped off as we were finishing up. "Let's go!" said Muncher Meiling Chin,
eager to move on. Red Hawk Diner, Little Falls The first on-campus diner in the country? Where
else but New Jersey, diner capital of the world. The Red Hawk, which opened in 2001 on the Mont-
clair State University campus, is named after the school's mascot. It's a stylish stainless hangout,
with neon clocks, handsome red booths and a CD jukebox. Our lunch was a hit-and-miss affair. We
liked the Hawk's Nest sampler, with chicken fingers, mozzarella sticks, potato skins and especially
the fried zucchini, which was not listed among the ingredients. The onion rings were among the best
ones we've had all summer. Good fries, too. But the greens in the salad were wilted, and the jerk
chicken breast, while nicely seasoned, was overwhelmed with cheese. Cheese and jerk chicken?
Who thought of that combination? Chin praised the pastrami, and Anthony said the MSU wrap,
with blackened chicken, Monterey jack and arugula, "had some kick to it." The super melt with
chicken boasted crisp bacon. But the salad tomatoes, on the pale, mushy side, looked like they
might have come from the science lab. And Charlie would hate to see what they did to the tuna
here. "If you're a college kid and it's (late at night) and you want your food now, this is fine," said
Dave Brooks, a member of the 2003 Munch Survivor crew, who joined us. It's a Wrap, South Or-
ange What's a nice couple from South Africa doing running a wrap-and-smoothie joint in the village
of South Orange? "We got tired of the whole corporate thing," said Elaine Gordon, a former data
processing company employee. She and her husband, Russ, who once worked in corporate commu-
nications for Toys R Us, run It's a Wrap, which prides itself on no-preservative food, smoothies and
juices. The blender runs practically nonstop, and you can buy **teas** named **Smooth Move** and
Nighty Night. The challenge here is choosing which of the delicious wraps and smoothies you want.
When in doubt, go with the hummina hummina. It's the name of a hummus, romaine, carrot, tomato
and spinach-filled wrap. Excellent. So was the rare roast beef wrap, the meat as advertised, and
juicy besides. Curry chicken and cucumber seem like odd wrapfellows, but they're a winning com-
bination in the curry chicken breast wrap, a special. Also recommended: the avocado delight sand-
wich, with cucumber, romaine, spinach and alfalfa sprouts, and the fresh mozzarella/romaine/sun-
dried tomato wrap, another special. Feeling hot and bothered? The R&R Summer Supreme
smoothie, with mango, papaya, peach, pineapple and soy milk, will cure whatever ails you.
Muncher John Clarke thought the turkey Waldorf wrap "was missing something," but his might
have been the only dissenting voice in our group. Energized, we drove down South Orange Avenue,
past Seton Hall, New Big Bargain and Super Mario Halal, heading for the Turnpike and our next
stop. Stuff Yer Face, New Brunswick Rutgers food institution? Some might say the grease trucks
along College Avenue, but more discriminating palates would hold out for Stuff Yer Face on Easton
Avenue, founded in 1977. "I came here in college with a friend who drove down from Rider," mar-
veled Anthony, in the middle of a food flashback. The campus hangout is known for its strombolis -
"bolis" here - and wide-ranging beer selection. Try 75 different beers - not at once, of course! - and
get a $50 gift certificate. We started with an order of Buffalo wings. Standard; they might as well
come from Boise or Baltimore. The garden burger was overcooked and nearly tasteless. Decent
pizza. But there were raves for the barbecue boli (chicken, onions, BBQ sauce, mozzarella) and the
Laura boli (spinach, ricotta, tomato, eggplant and cheddar cheese). "The ingredients were very dis-
tinct; they didn't fall into a mush," Chin said. And the pierogies were a surprise success. "They were
so tasty!" Muncher Eric Zaslavsky said. Not on the same level as the Pierogi Palace in Rahway, but
pretty good, considering. Let's see - breakfast, lunch, lunch, dinner. It was time for dessert. Old Man
Rafferty Gourmet, New Brunswick If you can walk by the dessert counter at Old Man Rafferty

Gourmet without yielding to temptation, you are a strong person indeed. The takeout portion of Old Man Rafferty's is a good source for fresh sandwiches, salads and soups. And dessert. Raspberry almond tart. Chocolate velvet cheesecake. Oreo monster mousse. This isn't your neighborhood bakery. Items come from 10 or so bakers, including Junior's, which supplies cheesecake. "If you're into lots of chocolate, try the chocolate mud pie; it's very intense!" said store staffer Talia Cohn. Intense is good. We ordered 10 desserts. "How many calories are sitting on this table?" Muncher Scott Boyll wondered. Some things are better left unanswered. We loved the raspberry cheesecake, light and luscious. "Outstanding," Boyll said. It blew the New York cheesecake - passable, no more - out of the water. Chin flipped over the frutti di bosci, a custard-filled and raspberry, blueberry and blackberry-topped cookie shell. Excellent brownies; the plain brownies are anything but. The caramel apple granny was sweet and satisfying as could be. Misses: the Black Forest cake, a muddle that seemed lost in the woods, or kitchen, and the chocolate mud pie, which didn't live up to the advance billing. We left Rafferty's dreaming of the raspberry cheesecake and return trips. It was time for dinner. Again. Eder's, Newark What better way to end the day than trays of greasy-good rotisserie chicken and ribs? Look at it this way; if there were any signs of dining distress among the Munchers, University Hospital was minutes away! "I'm the cook," explained Galarza, who is from Puerto Rico. "He does the chicken and ribs. I do the rice and beans, the chicken stew, the oxtail. Everything on the stove, I do." It's a happy arrangement - Santiago calls his wife "Mama" - and a lot of work. The day we stopped, Galarza and Santiago had cooked 30 whole chickens for a party. Their chicken is marinated in lemon, vinegar, salt, garlic and other spices. A dash or two of Mario's Spicy Chicken Sauce gives it bite. The chicken is almost perfectly cooked - charred at the edges, tender inside. Santiago uses 100 percent natural wood charcoal, which he buys at a store Down Neck. The ribs are slightly better - greasy, fatty and oh so good, if not good for you. Add some of the homemade hot sauce, made with jalapeños, hot red peppers and Goya hot sauce, and your eyes will light up. "Other rotisserie chickens should run and hide," Anthony said. "Don't come tomorrow," Santiago said, laughing. "Please don't come tomorrow. Stay home." He didn't have to worry. Sundays are a day of rest for the BBQ man and our Munch U. students. We walked - okay, waddled - to the Big Dog and headed home. Top Dog We loved the retro chic of our two diners, the Red Hawk and the Blue Moon, the range and quality of desserts at Rafferty's Gourmet and the bolis at Stuff Yer Face. But in the end, it came down to two spots. Eder's offers bragging-rights BBQ, and the owners are a trip, but It's a Wrap in South Orange wins Top Dog honors this week. Letter of the week

When I first met Scott Boyll, let's say I was not impressed. To him, dinner consisted of meat, potatoes, gravy and bread. By using my female persuasiveness, I tried to convince him there was more to a good meal. I failed. He is from Indiana and, in Indiana, heifers and pigs are a staple. His extracurricular activities were attending pig roasts and grilling steak. His FPA (food point average) was a 1.5. I told him that if he didn't get involved in more food clubs his well-being was going to be in danger. His first food club was the Chinese Club. He ventured into General Tso's chicken, fried dumplings and prawn with lobster sauce. When I suggested he give lamb a try, he looked at me like I had two heads. He was hesitant at first, but when he took that first bite (he had no choice since that was all that was being served at his in-laws' house) he was hooked. Now, rosemary, garlic, Dijon mustard and rack of lamb is one of his favorite meals to cook and eat. Scott is now a member of the Spanish, Mexican, Italian, Colombian and El Salvadorian Clubs and, of course, the Weber Club. His first rule was to give up the gas grill and get a Weber. Second, use only Kingsford charcoal and, third, fires are only to be started using an electric starter; lighter fluid is not part of his vocabulary. No meal is too big for him. He loves to spend his time looking through his Cook's Illustrated or

Big dog on campus - Munch U. crew samples the food college students really eat The Star-Ledger August 12, 2005
Friday

Gourmet magazines looking for new recipes. He hopes to write a cookbook in the near future. As you can see, Scott had come a long way from the back roads of Indiana. His FPA is now a 4.0. I think he has worked hard and deserves to be a student at your fine university. - Jeanine Boyll, Springfield

Tell us where to go Time to whisper sweet nothings in the Big Dog's ear. Our next mission is a search for sweets - cakes, pies, cookies, tortes and anything else that screams DESSERT! We hit the road tomorrow morning, so you must get your recommendations in TODAY! Call the Munchmobile Hotline at (973) 392-1765 or e-mail to pgenovese@starledger.com. Up next Read about our roundabout journey for cuisine of all countries in next Friday's paper. Next Saturday we go on our last trip - can you believe it? - of the summer. It's our annual reader's choice trip, when you can nominate your favorite food stop in any category. Send us your recommendations and e-mails! T-shirt giveaway Each week, we give away super-special Munchmobile T-shirts to the first two people who answer the question of the week correctly. Last week's question: What is Quattro Stagione? Answer: Four seasons, a pizza found at Cosimo's in Bloomfield. The winners: David Johnson of Edison and Tony Salvemini of Livingston. This week's question: Where is the Cookie Jar located? B> This week's students at Munch U.

Allison Anthony, 34, Pottersville Full-time mom and "professional bargain hunter." Likes to garden, cook and "do stuff around the house." Favorite movie of all time: "Monty Python and the Holy Grail." Favorite restaurant: Limestone Cafe, Peapack-Gladstone. Quote: "The chicken and ribs and red beans at Eder's were the real thing. The chicken is the one thing that I'll have a hankering for for months. I wish Newark were closer!" Scott Boyll, 41, Springfield Assistant meat manager, ShopRite, Hoboken. Hobbies: "Cooking, my lawn and my dogs." Favorite food: rack of lamb "cut by myself, cooked by myself." Quote: "Thanks for a slamming good time; you guys are great hosts! If you are ever in need of a guest alumni Muncher, I am your man!" Meiling Chin, 53, Madison Manages a medical skills lab for a community hospital. "Much-loved" mom of Luci the cat. Likes to camp, hike, bike; plans to do a 100-mile bike ride this fall. Former chef. Favorite movie: "Kill Bill (1 and 2)." Luci's favorite movie: "Birdman of Alcatraz." Quote: "Suggestion for future summer: Run three sessions of four weeks each, end with two weeks of invited graduates, á la "Jeopardy." John Clarke, 47, Jefferson Safety officer for Postal Service. Hobbies: fishing, chess and raising four daughters; one, April, was a Muncher this summer. Favorite movies: "Star Wars" and "Jaws." Favorite restaurant: Arthur's, Morris Plains. Quote: "My favorite stop of the day and favorite four foods was a hard decision with the cornucopia of epicurean delights. Great munching with you. Forks up!" Joyce Anthony Huff, 49, Basking Ridge Word-processing coordinator for a law firm. Uses her dad's last name as her middle name in his honor; he passed away the day before her wedding. Wrote a self-published novel. Favorite movie: "Gone with the Wind." Quote: (from Munch U. application): "Chicken nuggets, burgers, fries/chili at Wendy's or hot apple pies/The Colonel's my man on a Friday night/And then it's the Reo Diner at morning light!" Eric Zaslavsky, 39, Marlboro Sales rep, plastics firm. "Self-proclaimed BBQ expert." Hobbies: "working out, having fun, raising two kids." Favorite movie: "Jaws." Favorite foods: Sushi and seafood. Quote: "Old Man Rafferty's -- fantastic! What a dessert menu, the best I have seen in a long time. Stuff Yer Face: the pierogies were a great surprise. The ribs and homemade hot sauce at Eder's are worth it!"

NOTES:
PUBLISHER: The Star-Ledger (Newark)

Don't Just Do Something, Sit There!; You Can Treat Constipation in Many Ways, but First Find Out if You've Really Got a Problem The Washington Post January 23, 2001 Tuesday

The Washington Post

January 23, 2001 Tuesday
Final Edition

**SECTION:** HEALTH; Pg. T27

**LENGTH:** 1450 words

**HEADLINE:** Don't Just Do Something, Sit There!;
You Can Treat Constipation in Many Ways, but First Find Out if You've Really Got a Problem

**BYLINE:** Kathleen F. Phalen, Special to The Washington Post

**BODY:**

Many people believe that a daily regimen of waste elimination is a sign of good health. Wrong. And failing to meet this standard, they self-medicate. Wrong again. "Fixing" your plumbing when it's not broken is asking for trouble.

(Before we go on, we should note that writing about certain topics, especially those rarely discussed in public or in tasteful company, can present challenges for writers and readers alike. And be advised that some of the details that follow may not make for suitable dinner conversation -- but might well provoke amazed or alarmed discussion elsewhere. So: You've been warned. Back to the action.)

Before reaching for a laxative, find out if you really have constipation, which is defined as having bowel movements that are uncomfortable or infrequent. "People are very focused on defecating every day and end up with rigid ideas of what is normal," says Henry C. Lin, director of the GI Motility Program at Cedars-Sinai Medical Center in Los Angeles. In fact, "normal" can be three times a day or three times a week, depending on the person. And "normal" can change significantly over time, based on age and other factors.

Some simple questions can help determine if you are actually constipated: Do you feel bloated? Are your stools harder or bulkier than normal? When you feel the urge, is it difficult or painful to use the toilet? If not, your rate of elimination is probably just fine.

But if you are constipated, it's important to find out why. Inadequate dietary fiber and insufficient exercise are common causes of constipation, and they can often be corrected with modest lifestyle changes. But a sudden change in bowel habits may indicate a serious condition, such as colon cancer. Also, certain drugs -- including antihistamines, anti-hypertensives and pain medications -- can cause temporary bouts of constipation.

Most commonly treated with stool softeners, laxatives and nutritional changes, constipation can also be addressed with biofeedback, behavior modification and increased exercise. Before resorting to prescription laxatives, some progressive mainstream doctors explore home remedies and natural supplements. Alternative practitioners generally view constipation as an intestinal imbalance and use a combination of diet, herbs, homeopathy and sometimes acupuncture.

Don't Just Do Something, Sit There!; You Can Treat Constipation in Many Ways, but First Find Out if You've Really
Got a Problem The Washington Post January 23, 2001 Tuesday

Walk down any drugstore's laxative aisle and you'll find a broad variety of potential solutions:
natural fiber of all descriptions; stool softeners; "new, improved, more gentle" laxatives; enema kits.
The choices can be confounding, but effective treatment may be as simple as spending 25 cents for
the newspaper and reading it while sitting on the toilet.

That's what Lin prescribes. "When somebody tells me they are constipated, I ask, 'How long do
you sit there?' " he says. The way he explains it, elimination is a staged process. Initially we receive
a cue that tells us nature is calling. If we choose to respond to the cue, we must consciously bear
down to pass the first stool. This may sound like a no-brainer, but Lin says many patients believe
they are constipated if they merely have to help things along.

The process is fairly automatic once it has begun, but it can take a while. As a behavior modifi-
cation technique, Lin advises sitting on the toilet for 15 minutes at a regular time each day.

The chronically bound-up might have anal sphincter sensory problems -- feeling like they al-
ways have to go, or never feeling the cue. In other cases, people inadvertently prevent voiding by
squeezing the anus instead of pushing to clear the colon. Such problems can be treated with bio-
feedback sessions, in which the patient is able to see, on a computer monitor linked to sensors at-
tached to the body, the effect of muscular contractions. The monitor can reveal, for example, if the
patient is squeezing instead of pushing. When the patient begins to push, the change becomes evi-
dent on the computer screen.

In addition to products available in stores, home remedies are an option. Craig Rubin, a profes-
sor of internal medicine and chief of the geriatric section at University of Texas Southwestern
Medical Center in Dallas, offers this one: Mix and then refrigerate a half-cup of unprocessed bran
and a half-cup of applesauce with a third of a cup of prune juice. Take two tablespoons after dinner
followed by a glass of water; increase to three to four tablespoons if needed.

Speaking of water, Rubin says there's no scientific evidence that drinking more keeps bowels
regular, though a diet of fresh vegetables, fruit and fiber is important.

Starting a high-fiber diet should be gradual, Rubin advises, to give the body time to adjust. He
suggests the herb epazote if an increased diet of beans, grains and other high-fiber foods creates an
excess of gas. And a word of caution on fiber: If you are bedridden or not mobile, additional fiber
can make constipation worse.

Over-the-counter stool softeners like Colace and prescription formulas like MiraLax can help
because they add water to the stool, which allows it to move through the colon more easily.

There is nothing wrong with occasionally taking a stimulant laxative, which prompts the colon
to contract. But daily use is not advised, because over time the colon can become numb and unable
to do its job. This can leave a person reliant on laxatives for routine bowel movements.

As for enemas? They're available, traditional and affordable. But they're rarely used and better
choices abound.

To practitioners of alternative medicine, constipation is often a sign that the bowel is imbal-
anced; long-term resolution requires lifestyle and dietary changes, along with herbs to tone bowel
function and other supplements to restore normal flora to the intestinal tract. Multiple studies in
Europe, Asia and the United States have shown probiotic bacteria such as acidophilus to to be effec-
tive in restoring or maintaining healthy intestinal flora.

Don't Just Do Something, Sit There!; You Can Treat Constipation in Many Ways, but First Find Out if You've Really
Got a Problem The Washington Post January 23, 2001 Tuesday

The elimination of refined foods and sugar, a decrease in animal fats and an increase in essential fatty acids (abundantly found in nuts, seeds and cold-water fish), fresh vegetables, fruit and grains is a good start, these practitioners say. Getting more exercise, sitting while eating, drinking a cup of warm lemon water before meals and eating a few stewed prunes each day can improve digestive hygiene.

Herbs such as licorice root, yellow dock, fennel seed, flaxseed, aloe latex and psyllium are believed to help constipation. Many of these have been studied, especially in Europe, and have been shown to be effective for constipation. But again, a few words of caution: Aloe latex is powerful and can cause uterine cramping; pregnant and nursing women should not take it. It may also aggravate ulcers, hemorrhoids or irritable bowel syndrome. Chronic use may lead to potassium deficiency. Flaxseed may slow down absorption of oral medications. Psyllium should always be taken with a full glass of water and shouldn't be taken within an hour of other medications because it can interfere with their effectiveness.

Before suggesting remedies, issues like the color, shape and size of stools and the amount of gas are important to assess, says Lynn Shumake, a pharmacist who specializes in natural medicine at the Riverhill Wellness Center in Clarksville. "Constipation can lead to inflammatory conditions of the bowel," says Shumake. "And we often find an imbalance of bacteria within the gut."

Shumake's remedies may include taking bitters before meals, which is thought to improve digestive efficiency. He says these herbs reduce gas and discourage the growth of yeast in the intestine, which can lead to imbalances in the colon. To restore healthy flora, probiotics like acidophilus and natural digestive enzymes are helpful. Megadoses of vitamin C (3 to 5 grams) for a few days can moisturize the digestive system, and herbal **teas, such as Smooth Move,** can also help.

Both alternative and mainstream practitioners advise against self-medication, saying proper treatment of **constipation** takes individual attention by an informed professional.

* National Institute on Aging: 800-222-2225;
http://www.aoa.dhhs.gov/aoa/pages/agepages/constapn.html

* National Digestive Disease Information Clearinghouse: 301-654-3810;
http://www.niddk.nih.gov/health/digest/pubs/whyconst/whyconst.htm

Treatment of Choice is an educational column and is not a substitute for medical advice from your physician. To ask questions or suggest topics for coverage, send e-mail to health@washpost.com or faxes to 202-334-6471. You may also reach us by U.S. mail at Treatment of Choice, Health Section, The Washington Post, 1150 15th Street NW, Washington, DC 20071.

LOAD-DATE: January 23, 2001

Copyright 1999 The News-Press (Fort Myers, FL)
All Rights Reserved
The News-Press (Fort Myers, FL)

September 6, 1999 Monday

**SECTION:** BUSINESS MONDAY; Pg. 10F

**LENGTH:** 2008 words

**HEADLINE:** Market for herbal products blooming

**BYLINE:** Laura Ruane, Staff

**BODY:**

Goods that cover wide spectrum finding greater consumer popularity

Stories by LAURA RUANE The News-Press

Herbs are sinking deep roots into the health and beauty industries.

Whether they seek to brighten their spirits, stave off disease, rev up their sex life or retain a more youthful appearance, Americans are using a profusion of pills, lotions and potions that contain various herbs, vitamins and minerals.

In 1997, the most recent year for which statistics were available, the U.S. industry generated more than $23 billion in sales, according to the trade magazine Nutrition Business Journal.

Herbs such as echinacea, ginkgo biloba and St. John's wort have become household names for claims of boosting the immune system, aiding memory and mood enhancement, respectively.

Herbal products no longer are the exclusive domain of health food stores and specialty stores. You'll find them sold in supermarkets, the corner drugstore, catalogs, multilevel direct marketing - and on the Internet. For example, online sales of supplements were estimated at $40 million in 1998, with sales expected to hit $500 million by 2001, according to Nutrition Business Journal.

Some plant-based products fizzle as they are proven ineffective, unappetizing or unsafe. But the new green movement is not a passing fad, said Christopher Hobbs, author of the book "Herbal Remedies for Dummies."

Market for herbal products blooming The News-Press (Fort Myers, FL) September 6, 1999 Monday

"Herbs just have so much to offer," Hobbs said. "They have less side effects, promote health, and are sustainable."

This blossoming market for all things herbal is evident in Southwest Florida. Here are three examples:

Local saw palmetto industry shaping up for a shakeout

The common saw palmetto berry is finally getting some respect.

The sprawling, spiny plant - long cursed by ranchers and developers for getting in the way of progress - has blossomed into a multimillion-dollar industry in Southwest Florida.

When processed into an extract, its berries are used worldwide as a remedy for benign prostate gland swelling.

However, prices for its prized berries are extremely volatile. And at least one local processor is predicting a major industry shakeout.

"The market is flat. A lot of fellows overproduced last year," said Gregory P. Zaino, president of Immokalee-based Saw Palmetto Berries Co-op of Florida.

"Frankly, if it continues, the industry will be ruined."

There also is hot contention on how the berry crop should be harvested. Some landowners with palmetto-covered acreage have pressed for new state regulations, saying existing trespass laws are ineffective.

Some farm worker advocates oppose any new regulations, fearing they will cut unemployed folks out of a way to earn money during Southwest Florida agriculture's off season.

Saw palmetto berries yield an extract used in treating prostate gland swelling - a condition that often means too-frequent trips at night to the bathroom for men.

American Indians used the berries in Florida long before the Spanish arrived. The extract has been prized in Europe for centuries, where it's also used in prescription medicine.

Area drugstores carry saw palmetto extract as a non-prescription dietary supplement under a variety of brand names. At Walgreens in North Fort Myers, prices range from $7.99 for 30 tablets to $22.99 for a 200-count bottle.

More than 100 people attended the Saw Palmetto Symposium last month at the Southwest Florida Research and Education Center in Immokalee to learn how the market was doing and ways to encourage the wild, native Floridian crop.

Zaino's company on Immokalee Road processes more than 6,000 pounds of berries a week during harvesting season, which runs from mid-August to early October. Zaino buys from two landowners who employ picking crews - as well as from a host of independent harvesters.

Zaino's berries are heat-dried and cleaned at his Immokalee warehouse, crushed in the Carolinas, and shipped to Europe, where the amber-colored extract is produced. It's then returned to the United States, where capsule makers that sell to drug and diet supplement companies buy the extract from Zaino.

Market for herbal products blooming The News-Press (Fort Myers, FL) September 6, 1999 Monday

This year, the street price for berries is 25 to 28 cents a pound, Zaino said. In 1995, berry prices spiked briefly to more than $3 a pound; most experts said that was a fluke. Prices for the unprocessed berry also have dipped below 10 cents a pound in recent years, Zaino said.

When Zaino - a former vegetable broker - launched his business in 1994, there were five collectors/processors in Southwest Florida. He now estimates the number at 10.

"We're keeping costs down. The market, in general, is doing well.

"It worries me that more small guys might want to get into it. They throw out those small prices and mess up the market."

- Laura Ruane can be reached at 335-0392

Eco-cosmetics cultivate devoted following

If you've shopped for cosmetics lately, you know it's a jungle out there.

The influence of botanical ingredients in beauty products is growing, with such companies as Aveda, Phyto-Lierac and Origins leading the movement back to nature.

Peppered with everything from botanical oils and extracts to essential vitamins and minerals, these products are called natural by the companies that produce them.

They strive to be greener-than-thou, embracing recycling, organic ingredients and protecting the rain forest.

Skeptics, though, suggest the shade of green these companies are most interested in is manufactured by the U.S Mint.

There is a lot of money to be made in eco-cosmetics. According to the Nutrition Business Journal, natural personal products - including shampoos, soaps, cosmetics and fragrances - totaled $2.8 billion in sales in 1997.

Paula Begoun, a syndicated columnist who bills herself as the "cosmetics cop" on her Web site (www.cosmeticscop.com), pooh-poohs "all-natural" claims and suggests many of the eco-cosmetics are overrated and over-priced. On her Web site, she writes:

"I'm not saying there aren't some natural-sounding ingredients that are good for the skin, because there are, but the idea that they are still natural once they have been extracted from their source and mixed into a cosmetic is ludicrous."

Still, with many products that sound good enough to eat, there's no lack of demand.

Growing to meet that demand are such companies as Aveda, which means "knowledge of nature" in Sanskrit. Aveda boasts more than 100 products, including shampoos, lipsticks and "purefumes."

Most of Aveda's sales are in beauty salons, where it's built a devoted following with such stylists as Amy Farnell at Studio RK in south Fort Myers.

"I always say I'm an Aveda freak - and that's what I'll suggest first to clients," said Farnell. She described the basic Aveda fragrance as "very invigorating and in tune with nature."

At Studio RK, for instance, Aveda Shampure shampoo costs $9.75 for an 8-ounce bottle, lipstick costs $15.25 each and moisture eye cream costs $26.25 for a half-ounce jar.

Market for herbal products blooming The News-Press (Fort Myers, FL) September 6, 1999 Monday

Among Aveda's favorite rain forest staples: the uruku tree, a source for body paint for nearby tribes, and a mainstay for the company's lipstick lines and hair care products.

Punta Gorda resident Pat Smoak said she's a fan of natural products for a variety of reasons. So she keeps coming back to The Body Shop at the Edison Mall to buy hemp moisturizer and vitamin E body wash and hand-and-nail products for herself and her 18-year-old daughter.

"I really like The Body Shop because their customer service is good - and they don't do any animal testing to make their products," Smoak said. She also felt some of the products lasted longer than their mainstream counterparts.

Increasingly, herbs are enticing mainstream cosmetics manufacturers. Since1994, Clairol's Herbal Essences line has grown from shampoo to body washes and skin care products - even enlisting sex guru Dr. Ruth Westheimer in ads that pitch products as being "an organic experience."

And, to better compete globally, Aveda's founders sold their company to the very mainstream Estee Lauder Companies in December 1997. In a quarterly report filed April with federal securities regulators, Estee Lauder reported hair care product sales rose 12 percent to $22.7 million, primarily from new and existing Aveda products.

Herbal medicines crop up for various ills

If you've ever nursed a cold with hot tea and honey, jump-started the day with coffee or soothed a sore throat with a mentholated cough drop, you've practiced herbal medicine.

Dollar estimates for the industry vary; however, a Web site for the Nutrition Business Journal estimates sales for dietary supplements reached $13.6 billion in 1998.

In Lehigh Acres, The Healthy Gourmet stocks natural remedies, as well as German delicacies.

Amber Fricke, who owns the store with husband Carl, assists customers in choosing remedies from a selection of more than 4,000 vitamins, minerals enzymes and plant and flower extracts from all over the world.

When Fricke speaks of essences such as Bach's Rescue Remedy ($9.95) to de-stress, the world seems less intimidating. Doctors sometimes prescribe natural products such as **Smooth Move** herbal tea ($3.75) as **laxatives,** and various ginger **teas** and pills for morning sickness, Fricke said.

There are homeopathic remedies for overactive or fearful children, and even natural potions for your pet's ills. There's also a reference desk customers can use.

Amber Fricke, who majored in education and general studies in college, calls herself an herbalist. There's no licensing organization for that title, however. Fricke said she's learned about herbs by reading books she considers reputable - and literature from her suppliers.

"The Europeans have done tremendous testing of herbs. This country just doesn't want to believe anything anybody else does."

Local herbal aficionados include Jeff Kaplan, a registered nurse and resident of Lehigh Acres. Kaplan combines aloe vera, apples, bananas and water in his blender to make a shake: "It's excellent for your GI tract. It's very soothing. He also consumes cayenne and other hot peppers: "They get the blood flowing."

Market for herbal products blooming The News-Press (Fort Myers, FL) September 6, 1999 Monday

Janese Martin, Alva resident and massage therapist, also is a frequent shopper at the Fricke's store. Martin estimated she spends more than $200 a month on herbal products and vitamins for herself and her father.

Martin believes one can make good decisions about herbs through reading and by consulting an experienced herbalist. "Just don't let anyone force-feed you a product," she said.

But retired Pennsylvania psychiatrist Stephen Barrett isn't convinced. Barrett fires regular salvos at the herbal products industry via his Web site - www.quackwatch.com.

In the United States, herbs intended for preventive or therapeutic use should be regulated as drugs under federal laws, Barrett writes. Instead, these products are marketed as foods or dietary supplements. No legal standards exist for their processing, harvesting or packaging. Some manufacturers are trying to develop industrywide quality-assurance standards, but complete solutions are a long way off, according to Barrett.

"There's no end of difficulty you can get into taking herbal supplements; it could be physical or financial danger," Barrett said last week in a phone interview.

HERBS ONLINE

A sampling of Internet sites with information on herbs for health and beauty:

www.drkoop.com Search the site of former U.S. Surgeon General C. Everett Koop for news about health and herbal remedies.

www.magicalblend.com Site for New Age magazine features ads for a variety of herbal products.

www.quackwatch.com Author and retired psychiatrist Stephen Barrett is profoundly skeptical about most herbal industry claims. He suggests which herb books are reliable and which to avoid.

www.cosmeticscop.com Syndicated columnist and author Paula Begoun reviews herbal and non-herbal cosmetics.

www.pathfinder.com/drweil/herbal/med chest/index.html Information on various herbs by season along with a search engine.

**GRAPHIC:** NATURE'S NATURAL REMEDY: Gregory Zaino holds a handful of saw palmetto berries, which can be used to relieve prostate gland swelling.CHOPS HANCOCK Special to The News-Press; HEALTHY SELECTION: Amber Fricke sells herbs in a variety of forms at The Healthy Gourmet in Lehigh Acres.MARK HUME , The News-Press; HERBAL HAIR: Amy Farnell, hairstylist at studio RK, washes Francine Wilenius' hair with an Aveda product.ROMAIN BLANQUART , Special to The News-Press

**LOAD-DATE:** September 4, 2003

Copyright 1992 Information Access Company, a Thomson Corporation Company
ASAP
Copyright 1992 Environmental Nutrition Inc.
Environmental Nutrition

October, 1992

**SECTION:** Vol. 15 ; No. 10 ; Pg. 1; ISSN: 0893-4452

**LENGTH:** 1007 words

**HEADLINE:** Herbal teas: are they folk medicine or witches' brew?

**BYLINE:** Zupke, Mary Payne

**BODY:**

Herbal teas conjure up images of health and tranquility, stomach aches soothed, respiratory ailments relieved, insomnia kept at bay. But herbal teas have their dark side, some causing allergic reactions, liver damage, and even death. Such incidents may be on the rise as herbal teas become more popular and manufacturers lure new customers with hints of miracleworking potions.

Traditional Medicinals of Sebastopol, California, claims, for example, that its Smoker's Tea is a "natural herbal smoking deterrent which is useful as an aid to stop smoking." But Smoker's Tea contains lobelia, which can cause breathing problems, vomiting, convulsions, even coma and death when consumed in large amounts. Although it was once used to treat asthma, lobelia can be toxic unless the dose is closely monitored.

**Traditional Medicinals** also touts its **Smooth Move,** celebrated by television's Kathie Lee Gilford for keeping her regular. **Smooth Move** contains senna, a **laxative** found in over-the-counter preparations. The company's Breathe Easy, which is said to" temporarily relieve bronchial and nasal congestion," contains ephedrine, a bronchial dilator similar to the overthe-counter drug epinephrine which carries warnings about its use. 'Mother's Milk, claimed to "enhance the nursing experience," contains nine herbs, including fennel seed, about which little is known.

Some herbal teas also claim to melt away pounds. With names like Super Dieter's Tea, Fat-buster, and SlimMate, the intention is unmistakable. Yet none has ever been proved to aid weight loss.

Although other brands like Yogi Teas are less brazen in their claims, they too suggest therapeutic value for their teas. Yogi's Bedtime Tea, for instance, promises to help "insure a sound, restful sleep with renewed vitality upon waking in the mornings." The ingredients include chamomile, spearmint, nutmeg, and passion flower extract. But chamomile, a popular ingredient in herbal teas, is a member of the same plant family as ragweed. If you're allergic to ragweed, you may have a reaction to chamomile.

Reports of herbal poisonings and reactions to herbal teas such as chamomile are not unusual, according to Ryan Huxtable, M.D., of the University of Arizona College of Medicine.

Even more serious consequences include possible cancer-causing properties in herbal teas. Comfrey, another popular ingredient in herbal teas, causes cancer in rats. Comfrey has also been implicated in liver disease.

Sassafras tea, once believed to cure rheumatism and syphilis, also causes cancer in rats when taken in large doses. Sassafras, an herb from the root bark of the sassafras plant and an ingredient in root beer 30 years ago, has since been banned from use in all foods.

What We Don't Know. It is true that herbal teas and medicines brewed from plants have been used in other cultures for centuries and that Western doctors are exploring the effectiveness of folk medicines as substitutes for the potent and expensive drugs in current Western pharmacology. But traditional recipes for the careful preparation and administering of herbal teas have been handed down for generations in nonWestern societies. No such body of knowledge yet exists in this country, where manufacturers are unregulated and herbal tea drinkers dose themselves whenever the fancy strikes.

Problems are most likely to occur when herbal teas are consumed in large amounts (on the theory that if a little is good, a lot must be better), used for self-medication or brewed at home from plants that have been incorrectly identified. Some years ago, a couple in the state of Washington died after mistakenly preparing what they thought was comfrey tea. The plant they had brewed into a drink was really foxglove, the source of digitalis, a powerful ingredient in the treatment of heart disorders.

Herbal teas: are they folk medicine or witches' brew? Environmental Nutrition October, 1992

Other common herbal ingredients about which little is known include peppermint leaf, cinnamon bark. eucalyptus leaf, ginger root, lemongrass leaf, roasted chicory root. orange peel and wild cherry bark.

How Teas Are Regulated. The Food and Drug Administration (FDA) treats herbal teas as food unless claims are made that the tea has medicinal properties. If such claims are made, the FDA has the power to reclassify the teas as drugs and must approve their safety. But inadequate money and manpower at the agency so far leaves herbal teas untouched.

"The FDA sees the half-billion dollar herbal tea industry as too small to bother with," says Varro Tyler, Ph.D., author of The Honest Herbal.

However, the FDA is reported to have begun a surveillance of products sold in health food stores including herbal teas, collecting samples and checking for unsubstantiated claims.

The American Herbal Products Association, a trade association for the herb industry, has also begun to evaluate eight commercial herbs including ephedra, comfrey, Siberian ginseng and stevia. The organization's research foundation is gathering information on their history of use, chemical composition, pharmacological properties and adverse reactions.

Reading the Tea Leaves. Overall, experts say that most major brands of commercially prepared herbal teas are safe to drink in reasonable amounts. In fact, with more information available, author Tyler believes that herbal preparations could provide an economical source of medicinal drugs in this country.

Until that information is available,

Dr. Huxtable offers guidelines for reducing the risk of drinking herbal teas:

* Do not take a large quantity of any one herbal preparation.

* Do not take any herb daily.

* Buy preparations only when the plant ingredients are specified on the package (a precaution which carries no guarantee of safety, however).

* Do not take anything containing comfrey.

* Avoid products from Taiwan. They may be adulterated with chemicals.

* Do not take herbs if you are pregnant or attempting to become pregnant.

* Do not take herbs if you are nursing.

* Do not give herbs to your baby.

IAC-NUMBER: IAC 12709428

IAC-CLASS: Health

LOAD-DATE: August 28, 1995

# EXHIBIT   3

**NEW**

# Traditional  Medicinals®

## Smooth Move® — Organic Laxatives!

*Digestive health has never been so healthy.*

EDITION 6 · FEBRUARY 2007

## Make the Smooth Move® Choice!

Most brands of laxatives and daily fiber contain ingredients you may not be aware of. Now, with the NEW Smooth Move® line of natural products you have a healthy alternative.

✔ No colors or flavors    ✔ No harsh chemicals or synthetics    ✔ No sodium, sugar or artificial sweeteners

- **Organic Smooth Move® Fiber Therapy** – Psyllium Whole Husk
- **Organic Smooth Move® Fiber Therapy** – Psyllium Powder
- **Smooth Move® Fiber** – Capsules
  *Made with organic psyllium*
- **Smooth Move® Senna** – Capsules
  *Made with organic senna leaf extract*



### Sustainable Sourcing

We source our Senna and Psyllium from small farms in India. These two medicinal herbs are among India's largest exports to the global market. Until recently the commercial supply was almost entirely "conventional"—potentially containing toxic residues from fungicides and insecticides and sterilized using ethylene oxide (ETO).

Our certified organic Senna and Psyllium must be grown without chemical fertilizers and use of synthetic pesticides. Additionally, we treat these herbs using a new environmentally friendly dry steam process rather than with irradiation or ETO.

From the farm fields in India to the processing facility and finished product packaging plant in California, our NEW Smooth Move® products are made with the cleanest, greenest and purist ingredient sources, methods of agriculture, and post-harvest handling and production processes.

### Customers Trust Smooth Move®

Smooth Move® is the #1 best selling tea in HNF and is also the best selling laxative.**

Millions of boxes of Smooth Move® tea are sold each year!



### First in Organic Medicine™

Our organic Smooth Move® Fiber Therapy Psyllium Powder and Whole Husk are the first OTC laxative products to be triple certified.

- **Quality Certification:** pharmacopoeial grade [USP] and pharmaceutical Good Manufacturing Practices (GMPs)
- **Ecological Certification:** USDA National Organic Program (NOP) organic certification
- **Religious Certification:** OK Kosher certification

Look for the certification seals on the labels.



### Why Organic?

Good for you—good for the earth. Even though you choose a healthy lifestyle occasionally you need some help to stay regular. Your choice of laxatives should not have to be a compromise in an organic diet. Smooth Move® Senna and Smooth Move® Psyllium Fiber products are made with organic ingredients to support your healthy choices.



**SPINSCAN Total US 24 weeks end Dec 31, 2005

Contact us: 707-823-8911 • www.TraditionalMedicinals.com • 4515 Ross Road, Sebastopol, CA 95472-2250 USA

Printed on 100% recycled paper

070110

## Smooth Move® Herbal Tea is Clinically Tested

*Study Shows Smooth Move® Tea Effective in Treatment of Chronic Constipation for Elderly Adults*

In a randomized, double-blind, placebo-controlled clinical study, Smooth Move® herbal tea, a traditional formula for relief of occasional constipation, caused a statistically significant increase in the number of bowel movements.

The study was carried out with nursing home residents with chronic constipation at a 483-bed nursing home in Allentown, Pennsylvania. The lead investigator was Dr. Sam Bub, Medical Director of Cedarbrook Nursing Home, a nursing facility for Lehigh County residents in need of short or long-term nursing care.

For more information on the Smooth Move® clinical trial, or to read the entire study please visit our website: www.TraditionalMedicinals.com

Efficacy of an Herbal Dietary Supplement (Smooth Move) in the Management of Constipation in Nursing Home Residents: A Randomized, Double-Blind, Placebo-Controlled Study. Sam Bub, MD, Josef Brinckmann, Greg Geconetti, PhD, and Barbara Valentine, RN. Journal of the American Medical Directors Association (November 2006);7(9):556-561.

### Profile: Dr. Sam Bub, MD

*Lead Investigator in Smooth Move® Clinical Trial*

Dr. Bub first learned about Smooth Move® tea from a patient who had used the tea and found it effective. From this experience he suggested the tea as a treatment to other patients who had similar complaints of constipation and to his pleasant surprise his patients continued to have positive responses.

As a result of this Dr. Bub contacted Traditional Medicinals to suggest conducting a clinical trial of Smooth Move® tea in a nursing home to see if the product would work under those circumstances. At the end of the study they found that there was a statistically significant improvement in the number of bowel movements for those taking the herbal tea versus the placebo. Even more important the research concluded that there had been absolutely no adverse effects from the use of the herbal product.

Dr. Bub thinks "the future of herbal medicine is bright provided companies do research to see that their products really work." Smooth Move® herbal tea has been "available now for many, many years and it has stood the test of time."

*Dr. Bub is board certified in Family Practice and Geriatrics. He is also the Medical Director for Cedarbrook County Home in Pennsylvania.*

## Traditional 🌿 Medicinals®

*Tea Samples*

### Retail Tip: Our Tea Sampling Program Drives Consumer Sales!

We would like to send you free consumer tea samples for your store. Each sample packet contains information about our pharmacopoeial quality tea, along with two tea bags and a coupon to drive consumers back to your store. Our sampling program is turn key and it's easy to get started – simply fill out the form below.

*Sample Kits come in 50ct. display boxes.* Choose one:

EveryDay Detox®/Org. Roasted Dandelion Root _____    Org. Nighty Night®/Org. Chamomile w/ Lavender _____

*While supplies last! Place your order today!*

Store Name:_____ Mailing Address: _____

City:_____ State: _____ Zip: _____

Phone: _____ Store Size Sq. Ft.: _____ Size of Tea Set: _____ e-mail: _____

Fax Requests: 1-707-823-1599 Phone Requests: 1-800-543-4372

*"We believe in the healing power of plants. For over thirty years we've dedicated ourselves to preserving and practicing the art and science of creating reliable herbal products."*

STANDARD
Presort
US Postage
Paid
#76
North Bay, CA

ADDRESS SERVICE REQUESTED

4515 Ross Road, Sebastopol, CA 95472-2280

Traditional 🌿 Medicinals®

# EXHIBIT  4

# Smooth Move® Stimulant Laxatives

## Herbal Dietary Supplements



**Smooth Move® Senna Capsules**

*Herbal Dietary Supplement*
*Stimulant Laxative\**
*80% organic ingredients*
*Made with Organic Senna Leaf Extract*
*50 capsules per bottle, 8.6 mg sennosides per capsule*





**Smooth Move®**
**Herbal Tea**

*Herbal Dietary Supplement*
*Herbal Stimulant Laxative\**
*16 Tea Bags*

**Chocolate Smooth Move®**
**Herbal Tea**

*Herbal Dietary Supplement*
*Herbal Stimulant Laxative\**
*16 Tea Bags*

\* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

# Smooth Move® Natural Fiber Supplements
# & Bulk-Forming Laxatives

## OTC Drug and Dietary Supplement Products



**Smooth Move® Fiber**
**Psyllium Capsules**

*Natural Fiber Supplement*
*Bulk-Forming Laxative\**
*80% organic ingredients*
*Made with Organic Psyllium*
*180 capsules per bottle*



**♥ For heart health:** Diets low in saturated fat and cholesterol that include 7 grams of soluble fiber per day from psyllium husk may reduce the risk of heart disease by lowering cholesterol.



**Organic Smooth Move®**
**Fiber Therapy**
**Psyllium Whole Husk**

NDC#: 00722-7051-01
*Natural Fiber Supplement*
**Bulk-Forming Laxative\***
*100% organic ingredients*
*Psyllium Whole Husk – 12 oz.*



**Organic Smooth Move®**
**Fiber Therapy**
**Psyllium Husk Powder**

NDC#: 00722-7049-01
*Natural Fiber Supplement*
**Bulk-Forming Laxative\***
*100% organic ingredients*
*Psyllium Husk Powder – 12 oz.*

 



Traditional Medicinals 4515 Ross Road, Sebastopol CA 95472
Ph:707.823.8911 • Fax:707.823.1599 • www.TraditionalMedicinals.com

2006 Traditional Medicinals    061103

# Traditional 🌿 Medicinals®

## When you need a laxative — The Smooth Move® line of natural products provides a variety of healthy solutions.

**Why choose Smooth Move® products?**
Most laxatives contain ingredients you may not be aware of, or may not wish to include in your health regimen. Now, with the new Smooth Move® line of natural products you have another choice.

- Organic ingredients
- Sustainably sourced & harvested
- Pharmacopoeial quality
- Laboratory tested for purity
- No dyes, colors or flavors
- Suitable for vegetarians & vegans

**You Deserve Only The Best**
We use pharmacopoeial grade herbs in our products. That means that these herbs meet the highest standards set for quality, purity, strength, identity and composition. While it is accepted to use food grade herbs in dietary supplement products, we choose instead to use the higher pharmacopoeial grade for its enhanced quality. Most countries in the world, including the United States, have a pharmacopoeia. A country's pharmacopoeia is an official guide of quality standards for ingredients used in dietary supplements, as well as over-the-counter and prescription medications. Look for the pharmacopoeia acronyms on our packaging. Compare with other herbal products to determine if those herbs are of equivalent quality. Visit us at www.TraditionalMedicinals.com for further information.

**Why Organic?**
Good for you — Good for the earth. Even though you choose a healthy lifestyle occasionally you need some help to stay regular. Your choice of laxatives should not have to be a compromise to an organic diet. Smooth Move® Senna and Smooth Move® Psyllium Fiber Therapy products are made with organic ingredients to support your healthy choices.

- Organic Smooth Move® Fiber Therapy – Whole Husk
- Organic Smooth Move® Fiber Therapy – Powder
- Smooth **Move®** Fiber – Capsules
  *Made with organic psyllium*
- Smooth Move® Senna – Capsules
  *Made with organic senna leaf extract*

## SAVE $1.00 ON
### Any NEW Smooth Move® product





**Consumer:** Must be presented at the time of purchase. Limit one coupon per purchase. No doubling.

**Retailer:** Your redemption signifies compliance with Traditional Medicinals' Coupon Redemption Policy. Copies available upon request. Traditional Medicinals will pay you face value plus $.08 handling on this coupon. Send coupons and request for refund to: Traditional Medicinals, c/o CMS Dept. #3291, 1 Fawcett Dr, Del Rio, TX 78840. Void where prohibited or restricted. Cash value 1/100 cent. Valid only in the 50 United States.

Coupon Expires 12/31/09

# NEW Smooth Move® Products



## Herbal Dietary Supplements



### Smooth Move® Senna Capsules

*Herbal Dietary Supplement*
*Stimulant Laxative\**
*80% organic ingredients*
*Made with Organic Senna Leaf Extract*
*50 capsules per bottle, 8.6 mg sennosides per capsule*





**Buy Organic**
Good for the earth.
Good for you.



### Smooth Move® Fiber Psyllium Capsules

*Natural Fiber Supplement*
*Bulk-Forming Laxative\**
*80% organic ingredients*
*Made with Organic Psyllium*
*180 capsules per bottle*

**♥ For heart health:**
Diets low in saturated fat and cholesterol that include 7 grams of soluble fiber per day from psyllium husk may reduce the risk of heart disease by lowering cholesterol.



### Smooth Move® Herbal Tea

*Herbal Dietary Supplement*
*Herbal Stimulant Laxative\**
*16 Tea Bags*



### Chocolate Smooth Move® Herbal Tea

*Herbal Dietary Supplement*
*Herbal Stimulant Laxative\**
*16 Tea Bags*

\* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Traditional Medicinals 4515 Ross Road, Sebastopol CA 95472
Ph:707.823.8911 • Fax:707.823.1599 • www.TraditionalMedicinals.com
2006 Traditional Medicinals    061120

# Traditional ✿ Medicinals®

## NEW Smooth Move® Products
### Herbal Dietary Supplements

**Why choose Smooth Move® products?**
Most laxatives contain ingredients you may not be aware of, or may not wish to include in your day-to-day regimen. Our NEW Smooth Move® products provide unique benefits:

- **Organic ingredients**
- **Sustainably sourced & harvested**
- **Pharmacopoeial quality**
- **Laboratory tested for purity**
- **No dyes, colors or flavors**
- **Suitable for vegetarians & vegans**

**You Deserve Only The Best**
We use pharmacopoeial grade herbs in our products. That means that these herbs meet the highest standards set for quality, purity, strength, identity and composition. While it is accepted to use food grade herbs in dietary supplement products, we choose instead to use the higher pharmacopoeial grade for its enhanced quality. Most countries in the world, including the United States, have a pharmacopoeia. A country's pharmacopoeia is an official guide of quality standards for ingredients. Look for the pharmacopoeia acronyms on our packaging. Compare with other herbal products to determine if those herbs are of equivalent quality. Visit us at www.TraditionalMedicinals.com for further information.

**Why Organic?**
Good for you — Good for the earth. Even though you choose an active lifestyle or casually you need some help to stay regular. Your choice of laxatives should not have to be a compromise in an organic diet. Smooth Move® Senna and Smooth Move® Fiber products are made with organic ingredients to support your healthy choices.



- Smooth Move® Fiber – Capsules
  *Made with organic psyllium*
- Smooth Move® Senna – Capsules
  *Made with organic senna leaf extract*

## SAVE $1.00 ON
Any NEW Smooth Move® product



**Coupon**
Expires
12/31/09

**Consumer:** Must be presented at the time of purchase. Limit one coupon per purchase. No doubling.

**Retailer:** Your redemption certifies compliance with Traditional Medicinals Coupon Refund Policy copies available upon request. Traditional Medicinals will pay you face value plus 8¢ handling fee per coupon. Send coupons after request for refund to: Traditional Medicinals c/o CMS Dept. #53917, 1 Fawcett Dr., Del Rio, TX 78840. Void where prohibited or restricted. Cash value 1/20 cent. Good only in the 50 United States.

  

5  32917 00076  2    (8100)0 24726

# EXHIBIT   5

**NEW**

# Smooth Move®—Organic Laxatives!
## Digestive health has never been so healthy.



**Customers Trust Smooth Move®**

Smooth Move® is the #1 best selling tea in HNF, and is also the best selling laxative.†





## Our NEW products provide unique consumer benefits:

· **Organic ingredients**
· **Pharmacopoeial quality**
· **Laboratory tested for purity**
· **Sustainably sourced & harvested**
· **No colors, flavors or sweeteners**
· **Suitable for vegetarian & vegan consumers**



## Traditional 🌿 Medicinals®

Traditional Medicinals® 4515 Ross Road Sebastopol, CA 95472-2250  phone: 707-823-8911  www.TraditionalMedicinals.com

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

† SPINSCAN Total 4/8 24 weeks end Dec 31, 2005 brand by ACV shelf space analyses

© 2006 Traditional Medicinals  060903

♻ Printed on 100% recycled paper

# Make the Smooth Move® Choice!

**Most brands of laxatives and daily fiber contain ingredients you may not be aware of. Now, with the new Smooth Move® line of natural products you have a healthy alternative.**

✔ No colors or flavors   ✔ No harsh chemicals or synthetics   ✔ No sodium, sugar or artificial sweeteners



## Smooth Move® Senna – 50 Capsules

**Herbal Dietary Supplement**
**Herbal Stimulant Laxative***
**Made with Organic Senna Leaf Extract**
**8.6 mg sennosides per capsule**

Smooth Move® Senna capsules provide gentle, overnight relief from occasional constipation in a convenient capsule form. A single serving (2 capsules) provides an effective dose of 17.2 mg sennosides from senna leaf extract, which have proven stimulant laxative action.

UPC: 0 32917 00191 7

## Smooth Move® Fiber – 180 Capsules



**Natural Fiber Supplement**
**Bulk-Forming Laxative***
**Made with Organic Psyllium**

Smooth Move® Fiber capsules provide relief of occasional constipation and restore regularity.

Additionally, this 100% natural fiber supplement is a convenient way to support your healthy lifestyle and increase your daily fiber intake. Each serving supplies 2.4 grams of soluble fiber from organic psyllium husk.

UPC: 0 32917 00192 4



Buy Organic
Good for the earth.
Good for you.

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Organic Smooth Move® Fiber Therapy ⓚ



NDC# 00722-7049-01
**Natural Fiber Supplement**
**Bulk-Forming Laxative**
**Psyllium Husk Powder – 12 oz.**

Organic Smooth Move® Fiber Therapy psyllium husk powder provides relief of occasional constipation and restores regularity.

Additionally, one adult dose supplies 3.5 grams of soluble fiber from organic psyllium husk.

UPC: 0 32917 00193 1

## Organic Smooth Move® Fiber Therapy ⓚ



NDC# 00722-7051-01
**Natural Fiber Supplement**
**Bulk-Forming Laxative**
**Psyllium Whole Husk – 12 oz.**

Organic Smooth Move® Fiber Therapy psyllium whole husk provides relief of occasional constipation and restores regularity.

Additionally, one adult dose supplies 3.5 grams of soluble fiber from organic psyllium husk.

UPC: 0 32917 00194 8

♥ **For heart health:** Diets low in saturated fat and cholesterol that include 7 grams of soluble fiber per day from psyllium husk may reduce the risk of heart disease by lowering cholesterol.

## Traditional ♥ Medicinals®

Traditional Medicinals® 4515 Ross Road Sebastopol, CA 95472-2250  phone: 707-823-8911  www.TraditionalMedicinals.com
Certified by the California Certified Organic Farmers (CCOF).    © 2006 Traditional Medicinals  060903    ♻ Printed on 100% recycled paper

**NEW**

# Smooth Move®—Organic Laxatives!

## Brand Leader Adds Value to Digestive Health Category

### Our NEW products provide unique consumer benefits:

- Organic ingredients
- Sustainably sourced & harvested
- Pharmacopoeial quality
- Laboratory tested for purity
- No dyes, colors or flavors



Organic Psyllium Fiber Therapy
Senna Stimulant Laxative*
(Made with organic senna leaf extract)

Traditional Medicinals®

We deliver added value
to our retail partners.

Circle Reply #141

1-800-543-4372   www.TraditionalMedicinals.com

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

# EXHIBIT   6

Home



Home



Recipients of our Activity Book were invited to enter our Drawing Contest. Participants were asked to draw a picture showing their favorite character, herb or way to take care of the earth.

View all of the entries



We have sourced the organic senna and organic psyllium used in our new Smooth Move® laxatives from the Thar Desert in Rajasthan India. We hope you enjoy this video which documents the good work in the world that all of us are doing together by our shared commitment to organic agriculture.

Source Story Video

# Traditional Medicinals®

| Shop Online | About Us | Traditional Herbal Medicine | | Herbal & Health Info | | |
|---|---|---|---|---|---|---|
| | Caring for the Earth | FAQ's | Our Quality | | Contact Us | Home |

Just for Kids Teas | Seasonal Products | Women's Teas | Green Teas | Digestive Products | Calming Teas | Tonic Teas | Energizing Teas | Other Teas

FREE SAMPLES
Store Locator
Shop Online
Health Professionals
Press & Media
Canadian Products
United Kingdom

Search: [        ] Go

**Smooth Move Products**

Smooth Move Products

Smooth Move Senna Capsules

Smooth Move Fiber Capsules

Organic Smooth Move Fiber Therapy Psyllium Husk Powder

Organic Smooth Move Fiber Therapy Psyllium Whole Husk

Smooth Move Herbal Tea

Chocolate Smooth Move Herbal Tea

All products

## Smooth Move® - Laxatives!

Introducing four new products to our successful line of Smooth Move® natural laxatives.



Psyllium

Most laxatives contain ingredients you may not be aware of, or may not wish to include in your health regimen. Now, with the new Smooth Move® line of natural products you have another choice.

- Organic ingredients
- Sustainably sourced & harvested
- Pharmacopeial quality
- Laboratory tested for purity
- No dyes, colors or flavors
- Suitable for vegetarians & vegans

Smooth Move Products

**Buy Organic. Good for you. Good for the earth.**

Even though you choose a healthy lifestyle occasionally you need some help to stay regular. Your choice of laxatives should not have to be a compromise in an organic diet. Smooth Move® Senna and Smooth Move® Fiber products are made with organic ingredients to support your healthy choices.

Print this page

Home  Store Locator  Shop Online  Health Professionals  Press & Media
Canadian Products  Privacy Policy  Terms of Use
Copyright © 2006 Traditional Medicinals

# Traditional Medicinals®

| About Us | Traditional Herbal Medicine | Herbal & Health Info |
| Caring for the Earth | Our Quality | Home |

| Just for Kids Teas | Seasonal Products | Women's Teas | FAQs | Green Teas | Digestive Products | Calming Teas | Tonic Teas | Energizing Teas | Other Teas |

Smooth Move Products

**Smooth Move Products**

Smooth Move Senna Capsules

Smooth Move Fiber Capsules

Organic Smooth Move Fiber Therapy Psyllium Husk Powder

Organic Smooth Move Fiber Therapy Psyllium Whole Husk

Smooth Move Herbal Tea

Chocolate Smooth Move Herbal Tea

All products



## Smooth Move Senna Capsules

50 Capsules

**Herbal Stimulant Laxative***

Herbal Dietary Supplement

*Made with Organic Senna Leaf Extract*

Smooth Move® Senna capsules provide gentle, overnight relief from occasional constipation in a convenient capsule form. A single serving (2 capsules) provides an effective dose of 17.2 mg sennosides from senna leaf extract, which have proven stimulant laxative action.



Senna

Supplement Facts

Buy Now

---

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

Print this page

Home   Store Locator   Shop Online   Health Professionals   Press & Media
Canadian Products   Privacy Policy   Terms of Us

5/24/2007

Copyright © 2006 Traditional Medicinals

Smooth Move Products



# Traditional Medicinals®

| Shop Online | About Us | Traditional Herbal Medicine | Herbal & Health Info |
| Smooth Move Products | Caring for the Earth | Just for Kids Teas | Seasonal Products | Women's Teas | FAQs | Our Quality | Green Teas | Digestive Products | Contact Us | Calming Teas | Home | Tonic Teas |

Search [          ] Go

**FREE SAMPLES**
Store Locator
Shop Online
Health Professionals
Press & Media
Canadian Products
United Kingdom

Energizing Teas    Other Teas

## About Us
Company Mission
Company Philosophy
Product Philosophy
Our Promises To You
Our Story
People
Awards

## Passion, Wisdom, Knowledge

The secret lives of plants have captured our imagination and respect with their beauty and mystery. For over thirty years, we have offered you reliable brews, blending our reverence of herbal plants with the wisdom of the ancient arts of Traditional Herbal Medicine and the most modern scientific methods of quality control.

As important as our work with herbal plants, we also practice a deep respect for the earth and for humanity, striving always to ensure that our intentions and actions mirror our passions and beliefs. (See our Caring for the Earth section)

Thank you for visiting our website. We invite you to take a look around to learn more about us.

Print this page

Home   Store Locator   Shop Online   Health Professionals   Press & Media
Canadian Products   Privacy Policy   Terms of Use
Copyright © 2006 Traditional Medicinals





Shop Online

| Smooth Move Products | About Us | Just for Kids Teas | Seasonal Products | Traditional Herbal Medicine | FAQs | Women's Teas | Our Quality | Green Teas | Digestive Products | Herbal & Health Info | Contact Us | Calming Teas | Home | Tonic Teas |
| | Caring for the Earth | | | | | | | | | | | | Energizing Teas | Other Teas |

Search [ ] Go

## We want to hear from you.

Your questions, comments and concerns are important to us...

Please refer to our Frequently Asked Questions section for general inquiries about Traditional Medicinals®, our products and other company information. Our Store Locator offers information on retail stores near you. If you are interested in receiving samples of our tea, please visit our Free Samples page.

If you have a specific question, please fill in the fields below and send an e-mail to our customer service department.

You may also contact us by phone at 1-800-543-4372 or by mail at:

Traditional Medicinals
4515 Ross Road
Sebastopol, CA 95472

Fields marked with '*' are required.

## Your Information

* Name (first, last):

Traditional Medicinals | Contact Us

* Address:

* City, State, ZIP:

Phone: _____ (day) _____ (evening)

* E-mail:

Your gender: ○ male  ◉ female

Your age: [choose one]

Your education level: [choose one]

Your annual household income: [choose one]

☑ Please send me occasional e-mail offers and news

Your Comments

Topic: [general information]

Traditional Medicinals | Contact Us



## Product Information

**Brand:** (select one)

**Category:** (select one)

**Product:** (select one)

Send    Reset

Print this page

# EXHIBIT   7

Int. Cl.: 5

Prior U.S. Cls.: 18 and 46

## United States Patent and Trademark Office

Reg. No. 1,258,223
Registered Nov. 22, 1983

## TRADEMARK
### Principal Register

## SMOOTH MOVE

Traditional Medicinals, Inc. (California corporation)
P.O. Box 442
Guerneville, Calif. 95446

For: HERBAL TEAS FOR USE AS A LAXA-
TIVE, in CLASS 5 (U.S. Cls. 18 and 46).
First use Oct. 1974; in commerce Jan. 5, 1976.

Ser. No. 379,710, filed Aug. 12, 1982.

CARLA CALCAGNO, Examining Attorney

# EXHIBIT 8

Int. Cls.: 5 and 30

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

## United States Patent and Trademark Office

Reg. No. 2,520,275
Registered Dec. 18, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## SMOOTH MOVE

TRADITIONAL MEDICINALS, INC. (CALIFOR-
NIA CORPORATION)
4515 ROSS ROAD
SEBASTOPOL, CA 95472

FOR: MEDICINAL HERB TEAS, IN CLASS 5 (U.S.
CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 10-0-1974; IN COMMERCE 1-5-1976.

FOR: HERB TEA FOR FOOD PURPOSES, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 10-0-1974; IN COMMERCE 1-5-1976.

OWNER OF U.S. REG. NO. 1,258,223.

SER. NO. 78-031,266, FILED 10-18-2000.

CIMMERIAN COLEMAN, EXAMINING ATTOR-
NEY

**EXHIBIT   9**

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 78809216
Filing Date: 02/07/2006

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(If applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | SMOOTH MOVE |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | SMOOTH MOVE |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Traditional Medicinals, Inc. |
| *STREET | 4515 Ross Road |
| *CITY | Sebastopol |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 95472 |
| PHONE | 7078238911 |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 005 |
| *DESCRIPTION | Dietary supplements |

| | |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/00/1976 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/00/1976 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT7\IMAGEOUT7 \788\092\78809216\xml1\FT K0003.JPG |
| SPECIMEN DESCRIPTION | Carton for the goods |
| *DESCRIPTION | Herbal supplements |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/00/1976 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/00/1976 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT7\IMAGEOUT7 \788\092\78809216\xml1\FT K0003.JPG |
| SPECIMEN DESCRIPTION | Carton for the goods |
| *DESCRIPTION | Nutritional supplements |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/00/1976 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/00/1976 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT7\IMAGEOUT7 \788\092\78809216\xml1\FT K0003.JPG |
| SPECIMEN DESCRIPTION | Carton for the goods |
| *DESCRIPTION | Anti-inflammatories; Astringents for medicinal purposes; Hemorrhoid treatment preparations; Topical anesthetics; Vasoconstrictors |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of U.S. Registration Number(s) 1258223 and 2520275. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Jay H. Geller |
| STREET | W. Tower, Suite 4000 |
| INTERNAL ADDRESS | 2425 W. Olympic Bl. |
| CITY | Santa Monica |
| STATE | California |

| COUNTRY | United States |
| ZIP/POSTAL CODE | 90404 |
| PHONE | 310-449-1399 |
| FAX | 310-449-1394 |
| EMAIL ADDRESS | jhgeller@aol.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | Jay H. Geller |
| *STREET | W. Tower, Suite 4000 |
| INTERNAL ADDRESS | 2425 W. Olympic Bl. |
| * CITY | Santa Monica |
| * STATE (Required for U.S. applicants) | California |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 90404 |
| PHONE | 310-449-1399 |
| FAX | 310-449-1394 |
| * EMAIL ADDRESS | jhgeller@aol.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |

## SIGNATURE INFORMATION

| * SIGNATURE | /dsadler/ |
| * SIGNATORY NAME | Drake Sadler |
| SIGNATORY POSITION | Chief Executive Officer |
| * SIGNATURE DATE | 02/07/2006 |

## FILING INFORMATION SECTION

| SUBMIT DATE | Tue Feb 07 17:12:47 EST 2006 |
| TEAS STAMP | USPTO/FTK-207.200.116.68-20060207171247466601-7880 9216-300c4e3a68bd1b59ffd6 5e7fc40633c66-CC-473-2006 0207170407433748 |

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 78809216
Filing Date: 02/07/2006

To the Commissioner for Trademarks:

**MARK: SMOOTH MOVE (Standard Characters, see mark)**

The literal element of the mark consists of SMOOTH MOVE. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Traditional Medicinals, Inc., a corporation of California, residing at 4515 Ross Road, Sebastopol, California, United States, 95472, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

For specific filing basis information for each Item, you must **view the display within the Input Table.**

    International Class 005: Anti-inflammatories; Astringents for medicinal purposes; Dietary supplements; Hemorrhoid treatment preparations; Herbal supplements; Nutritional supplements; Topical anesthetics; Vasoconstrictors

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U.S.C. Section 1126(e), as amended.

The applicant claims ownership of U.S. Registration Number(s) 1258223 and 2520275.

The applicant hereby appoints Jay H. Geller, 2425 W. Olympic Bl., W. Tower, Suite 4000, Santa Monica, California, United States, 90404 to submit this application on behalf of the applicant.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: jhgeller@aol.com.

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be

entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /dsadler/   Date: 02/07/2006
Signatory's Name: Drake Sadler
Signatory's Position: Chief Executive Officer
Mailing Address:
    Jay H. Geller
    2425 W. Olympic Bl.
    W. Tower, Suite 4000
    Santa Monica, California 90404

RAM Sale Number: 473
RAM Accounting Date: 02/08/2006

Serial Number: 78809216
Internet Transmission Date: Tue Feb 07 17:12:47 EST 2006
TEAS Stamp: USPTO/FTK-207.200.116.68-200602071712474
66601-78809216-300c4e3a68bd1b59ffd65e7fc
40633c66-CC-473-20060207170407433748

# SMOOTH MOVE





Corrected   Mar 20, 2007

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE:  If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550.  Please include the serial number of your application on ALL correspondence with the USPTO.

### ISSUE DATE: Feb 6, 2007

JAY H. GELLER
2425 W. OLYMPIC BL.
W. TOWER, SUITE 4000
SANTA MONICA, CA 90404

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").  If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important informaton.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

### The following information should be reviewed for accuracy:

SERIAL NUMBER:          78/809216
MARK:                   SMOOTH MOVE (STANDARD CHARACTER MARK)
OWNER:                  Traditional Medicinals, Inc.
                        4515 Ross Road
                        Sebastopol , CALIFORNIA  95472

This application has the following bases, but not necessarily for all listed goods/services:
        Section 1(a): YES            Section 1(b): YES            Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

005 -    (Based on Intent to Use) Anti-inflammatories; Astringents for medicinal purposes; (Based on Use in Commerce) Dietary supplements; (Based on Intent to Use) Hemorrhoid treatment preparations; (Based on Use in Commerce) Herbal supplements; Nutritional supplements; (Based on Intent to Use) Topical anesthetics; Vasoconstrictors -- FIRST USE DATE: 01-00-1976; -- USE IN COMMERCE DATE: 01-00-1976

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

# EXHIBIT   10

## CONFIDENTIALITY AGREEMENT

THIS AGREEMENT is made and entered into this _24_ day of _October 200_, by and between Novartis Consumer Health, Inc., 560 Morris Ave., Summit, New Jersey 07901 (hereinafter referred to as "Novartis") and Traditional Medicinals Inc., 4515 Ross Rd, Sabastopol, CA. 95472, (hereinafter referred to as" Traditional Medicinals" ).

### WITNESSETH

WHEREAS, Novartis and Traditional Medicinals respectively possess certain confidential and proprietary information and are willing to disclose such confidential and proprietary information to each other, subject to the terms and conditions set forth herein.

NOW, THEREFORE, the parties agree as follows:

1.    Novartis shall disclose to Traditional Medicinals certain information and materials relating to the cough/cold/allergy/sinus category and Traditional Medicianls shall disclose to Novartis certain information and materials relating to Herbal products for the purpose of evaluation of a potential business arrangement.  All such information exchanged by Novartis and Traditional Medicinals shall constitute "Confidential Information." Novartis and Traditional Medicinals each warrant that they own or are otherwise free to disclose the Confidential Information that they will disclose to the other pursuant to the terms of this Agreement.

2.    In consideration of Novartis' and Traditional Medicinal disclosure of Confidential Information to each other, each recipient agrees that, for a period of ten years from the date of this Agreement, it shall make no use of any Confidential Information received from the other except for the above purpose; shall retain in confidence all such Confidential Information; and shall prevent disclosure by it of such Confidential Information to third parties, with the exception that Novartis and Traditional Medicinals may disclose such Confidential Information to its affiliates, as defined below. These restrictions shall not apply to Confidential Information which:

(a) at the time of disclosure is or thereafter becomes available to the public through no fault of the receiving party;

(b) as shown by dated written or electronic records, was known to, or was otherwise in the possession of the receiving party or its affiliate prior to the receipt of such Confidential Information from the other party;

(c) is obtained by the receiving party from a source other than the other party and other than one who would be breaching a commitment of confidentiality to that other party by disclosing the Confidential Information to the receiving party;

(d) is developed by the receiving party or  its affiliates independently of any disclosure made hereunder; or

(e) is required to be disclosed pursuant to judicial process, court order or administrative request, *provided that* the receiving party shall notify the other party of any such process, order or request sufficiently prior to disclosing such Confidential Information as to permit the other party to seek a protective order.

3.    Each party shall limit disclosure of Confidential Information received hereunder to only those of its officers and employees who are directly concerned with the purpose stated above. Each party shall advise such officers, employees or affiliates upon disclosure of any Confidential Information to them of the confidential nature of the Confidential Information and the terms and

conditions of the Agreement and shall use all reasonable safeguards to prevent unauthorized disclosure by such officers and employees.

4.      Novartis and Traditional Medicinals agree to return or destroy all of the other party's Confidential Information (including copies and excerpts) upon request.

5.      The failure of any party hereto to require performance of any of the provisions of this Agreement shall in no manner affect its right to enforce such provisions at a later time.

6.      Each party acknowledges and expressly agrees that the remedy at law for any breach by it of the terms of this Agreement shall be inadequate and that the full amount of damages which would result from such breach are not readily susceptible to being measured in monetary terms. Accordingly, in the event of a breach or threatened breach by either party of this Agreement, the other party shall be entitled to immediate injunctive relief prohibiting any such breach and requiring the immediate return of all Confidential Information. In addition, such other party shall be entitled to obtain a temporary order restraining any threatened or further breach. The remedies set forth in this Paragraph shall be in addition to any other remedies available for any such breach or threatened breach, including the recovery of damages from the breaching party.

7.      This Agreement shall be construed in accordance with the laws of the State of New Jersey, without regard to its choice of law rules.

8.      This Agreement shall be assignable by Novartis and Traditional Medicinals or to one or more of its affiliates, or to a successor or assignee of the business to which this Agreement relates. Otherwise, this Agreement shall not be assignable by either party without the prior express written consent of the other party. Any assignment or attempt at same in the absence of such prior written consent shall be void and without effect.

9.      As used herein, the word "affiliates" shall mean corporations, partnerships or other business entities, and the employees and agents thereof which, directly or indirectly, are controlled by, control, or are under common control with, Novartis or Traditional Medicinals respectively.

10.     This Agreement constitutes the entire understanding between the parties relating to the subject matter hereof, and no amendment or modification to this Agreement shall be valid or binding upon the parties unless made in writing and signed by each party.

11.     This Agreement shall not be construed to create any obligation on the part of either party hereto or its respective Affiliates to retain the other party's services or to compensate the other party in any manner, except as may be set forth by a separate written agreement duly executed by authorized representatives of the parties hereto.

12.     Nothing in this Agreement shall be construed to convey to either party any right, title or interest in any Confidential Information received by it hereunder, or any license to use, sell, exploit, copy or further develop in any way such Confidential Information. No license is hereby granted by either party to the other or implied under any patent, copyright or trademark, any application for any of the foregoing, or any trade name or trade secret, in which either party has any right, title or interest.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

**Novartis Consumer Health, Inc.**          **Traditional Medicinals. Inc.**

By: _Cathy Benson_                          By: _Lynda Sadler_
    Cathy Benson                                Lynda Sadler
    Associate Director New Technology           President