1  ROCHELLE D. ALPERT, State Bar No. 65037
   LESLIE C. McKNEW, State Bar No. 178413
2  SHARON R. SMITH, State Bar No. 221428
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105
4  Tel:  415.442.1326
   Fax:  415.442.1001
5  E-mail:  ralpert@morganlewis.com
               lmcknew@morganlewis.com
6               srsmith@morganlewis.com

7  Attorneys for Plaintiff
   TRADITIONAL MEDICINALS, INC.
8

9                 **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11                      **OAKLAND DIVISION**

12

13  TRADITIONAL MEDICINALS, INC., a          Case No.  4:07-CV-02457-SBA
    Delaware corporation,
                                             **PROOF OF SERVICE**
14                 Plaintiff,

15         vs.

16  NOVARTIS CONSUMER PRODUCTS,
    INC., a Delaware corporation; Novartis
17  AG, a corporation of Switzerland, and
    DOES 1-10, inclusive,
18
                   Defendants.
19

20         I, Yelena Lolua, am a resident of the State of California and over the age of eighteen

21  years, and not a party to the within action; my business address is One Market, Spear Street
    Tower, San Francisco, CA  94105.

22         On **the dates stated below**, I served the within documents:

23  **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

    **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
24      PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

25  **DECLARATION OF SHARON R. SMITH IN SUPPORT OF PLAINTIFF'S
         MOTION FOR PRELIMINARY INJUNCTION (EXHIBITS 1-16);**

26  **DECLARATION OF DRAKE SADLER IN SUPPORT OF PLAINTIFF'S MOTION
         FOR PRELIMINARY INJUNCTION (EXHIBITS 1-10);**

27  **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
         PRELIMINARY INJUNCTION**
28
    **NOTICE OF ELECTRONIC FILING**

1-SF/7556385.1                                    PROOF OF SERVICE
                                                  (4:07-CV-02457-SBA)

| Party Served | Method of Service | Dates(s) of Service |
|---|---|---|
| *DEFENDANT*<br>**Bruce P. Keller**<br>**David H. Bernstein**<br>**Michael R. Potenza** | Via Email | **May 29, 2007** |
| **DEBEVOISE & PLIMPTON**<br>**919 Third Avenue**<br>**New York, NY 10022** | Via U.S. Mail | **May 30, 2007** |

    Email:  bpkeller@debevoise.com
    Email:  dhbernstein@debevoise.com
    Email:  mpotenza@debevoise.com

☒  **(BY MAIL)**  I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California, **on May 30, 2007**.  I am readily familiar with the firm's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐  **(BY OVERNIGHT DELIVERY)**  I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California.  I am readily familiar with the firm's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐  **(BY PERSONAL SERVICE)**  I caused t the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth above by a Process Server.

☐  **(BY FACSIMILE)**  I caused the documents to be transmitted by facsimile machine at the time stated on the attached transmission report(s).  The facsimile transmission(s) was reported as complete and without error.

☒  **(E-MAIL)**  I transmitted via E-MAIL the document(s) listed above to the person(s) at the address(es), as listed above – **on May 29, 2007**.

Executed on **May 30, 2007**, at San Francisco, California.

    I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

*Yelena Lolua*
_____
Yelena Lolua