1  MORGAN, LEWIS & BOCKIUS LLP
   ROCHELLE D. ALPERT, State Bar No. 65037
2  LESLIE C. McKNEW, State Bar No. 178413
   SHARON R. SMITH, State Bar No. 221428
3  1 Market Street, Spear Street Tower
   San Francisco, CA 94105
4  Tel: 415.442.1326
   Fax: 415.442.1001
5  E-mail: ralpert@morganlewis.com
            lmcknew@morganlewis.com
6           srsmith@morganlewis.com

7  Attorneys for Plaintiff
   TRADITIONAL MEDICINALS, INC.
8
   HARVEY SISKIND LLP
9  D. PETER HARVEY, State Bar No. 55712
   SETH ISAAC APPEL, State Bar No. 233421
10 4 Embarcadero Center, 39th Floor
   San Francisco, CA 94111
11 Tel.: 415-354-0100
   Fax: 415-391-7124
12 E-mail: pharvey@harveysiskind.com
            sappel@harveysiskind.com
13
   Attorneys for Defendant Novartis Consumer Health,
14 Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TRADITIONAL MEDICINALS, INC., a California corporation, | Case No. 4:07 -CV-02457-SBA |
| Plaintiff, | **STIPULATION TO (1) CONTINUE DEADLINE FOR NOVARTIS CONSUMER HEALTH, INC. TO ANSWER AND (2) MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| NOVARTIS CONSUMER PRODUCTS, INC., a Delaware corporation; NOVARTIS AG, a corporation of Switzerland, and Does 1-10, inclusive, | Date: July 3, 2007<br>Time: 1:00 p.m.<br>Dept.: 3, Third Floor |
| Defendants. | Judge: Saundra B. Armstrong |

Plaintiff filed a Motion for Preliminary Injunction on May 29, 2007 and timely noticed the motion for hearing on July 3, 2007. In order for Plaintiff Traditional Medicinals, Inc. and

1-SF/7561403.1

STIPULATION AND [PROPOSED] ORDER
FOR CONTINUANCE
(4 07–CV–02457–SBA)

Defendant Novartis Consumer Health, Inc., to continue their efforts to resolve this matter amicably, they have stipulated and agreed to the following deadlines:

    A.    Novartis Consumer Health, Inc.'s Answer will be due on June 15, 2007;

    B.    Novartis Consumer Health, Inc.'s papers in opposition to Plaintiff's Motion for Preliminary Injunction will be due on June 15, 2007;

    C.    Traditional Medicinals, Inc.'s reply papers will be due on June 22, 2007; and

    D.    The hearing on Plaintiff's Motion for Preliminary Injunction will be on July 3, 2007, at 1:00 p.m.

**IT IS SO STIPULATED.**

Dated: June 11, 2007                        MORGAN LEWIS & BOCKIUS, LLP

                                            By:  /Rochelle Alpert/
                                                   Rochelle D. Alpert
                                                   Attorneys for Traditional Medicinals, Inc.

Dated: June 11, 2007                        HARVEY SISKIND LLP

                                            By: /Raffi Zerounian/
                                               Raffi V. Zerounian
                                               Attorneys for Novartis Consumer Health, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TRADITIONAL MEDICINALS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVARTIS CONSUMER PRODUCTS, INC., a Delaware corporation; NOVARTIS AG, a corporation of Switzerland; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:07-CV-02457-SBA<br><br>**[PROPOSED] ORDER TO (1) CONTINUE DEADLINE FOR NOVARTIS CONSUMER HEALTH, INC. TO ANSWER AND (2) MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      July 3, 2007<br>Time:      1:00 p.m.<br>Courtroom: 3, Third Floor<br>Judge:     Saundra B. Armstrong |

Pursuant to the stipulation between Traditional Medicinals, Inc. and Novartis Consumer Health, Inc., filed on June 11, 2007, the Court orders as follows:

A.  Novartis Consumer Health, Inc.'s Answer will be due on June 15, 2007;

B.  Novartis Consumer Health, Inc.'s papers in opposition to Plaintiff's Motion for Preliminary Injunction will be due on June 15, 2007;

C.  Traditional Medicinals, Inc.'s reply papers will be due on June 22, 2007; and

D.  The hearing on Plaintiff's Motion for Preliminary Injunction will be on July 3, 2007, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: June _____, 2007

_____
The Honorable Saundra B. Armstrong
United States District Court Judge