**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TRADITIONAL MEDICINALS, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>NOVARTIS CONSUMER PRODUCTS, INC., a Delaware corporation; NOVARTIS AG, a corporation of Switzerland; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 4:07-CV-02457-SBA<br><br>**ORDER TO (1) CONTINUE DEADLINE FOR NOVARTIS CONSUMER HEALTH, INC. TO ANSWER AND (2) MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        July 3, 2007<br>Time:       1:00 p.m.<br>Courtroom: 3, Third Floor<br>Judge:      Saundra B. Armstrong |

Pursuant to the stipulation between Traditional Medicinals, Inc. and Novartis Consumer Health, Inc., filed on June 11, 2007, the Court orders as follows:

A. Novartis Consumer Health, Inc.'s Answer will be due on June 15, 2007;

B. Novartis Consumer Health, Inc.'s papers in opposition to Plaintiff's Motion for Preliminary Injunction will be due on June 15, 2007;

C. Traditional Medicinals, Inc.'s reply papers will be due on June 22, 2007; and

D. The hearing on Plaintiff's Motion for Preliminary Injunction will be on July 3, 2007, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: June _12, 2007

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Court Judge