1  ROCHELLE D. ALPERT, State Bar No. 65037
   LESLIE C. MCKNEW, State Bar No. 178413
2  SHARON R. SMITH, State Bar No. 221428
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105
4  Tel:  415.442.1326
   Fax:  415.442.1001
5  E-mail:   ralpert@morganlewis.com
             lmcknew@morganlewis.com
6            srsmith@morganlewis.com

7  Attorneys for Plaintiff
   TRADITIONAL MEDICINALS, INC.
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                            **OAKLAND DIVISION**

12

13 | TRADITIONAL MEDICINALS, INC., a Delaware corporation, | Case No.  4:07-CV-2457-SBA |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE BY PLAINTIFF** |
| vs. | **Fed. R. Civ. P. 41(a)(1)** |
| NOVARTIS CONSUMER PRODUCTS, INC., a Delaware corporation; Novartis AG, a corporation of Switzerland, and DOES 1-10, inclusive, | |
| Defendants. | |

20      **PLEASE TAKE NOTICE:**

21      The above-entitled action is hereby dismissed with prejudice by the Plaintiff, pursuant to

22 Rule 41(a)(1) of the Federal Rules of Civil Procedure.

23

24 Dated:   June 13, 2007                    /Rochelle D. Alpert/
                                             Rochelle D. Alpert
25
                                             Attorneys for Plaintiff
26                                           TRADITIONAL MEDICINALS, INC.

27

28

1-SF/7562128.1                                                NOTICE OF DISMISSAL WITH
                                                              PREJUDICE BY PLAINTIFF
                                                              4:07-CV-02457-SBA